UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

FILED
JUN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL CASE#_____

MAURICE , CEASAR
    REG: 09747-007 PLAINTIFF
         P.O. Box 300
         Waymart,PA
              18472-300
    - V.-
D.C./Federal Bureau Of Prison In Lieu Of;
DESIGNATION AND SENTENCE COMPUTATION CENTER
LEGAL INSTRUMENT EXAMINERS

Case: 1:07-cv-01191
Assigned To : Collyer, Rosemary M.
Assign. Date : 6/29/2007
Description: Pro Se Gen. Civil

GRAND PRIRIE OFFICE COMPLEX- DEFENDANT
346 MARINE FORCES DRIVE
GRAND PRAIRIE ,TEXAS 75051

Civil-Diverse Citizenship Case.

Filing-lawsuit Compliant for Violation Of False Imprisonment On (F-7641-81) Closed Case. Invasion Civil Rights/Unusual Punisment Due To Closed Case Documents/ And Expired Time Computation-Docket Number.

COMPLAINT

In Referance To The Retaliation And Illegal Sentencing By There Non Authority To Be Resentence Or Give An Inmate A Fair Computation 5th Amendment Due Process And Causing Miscalculation There At The Legal Instrument Examiners Office To Compute Time- Deprives I Mr Maurice Ceaser Under The Consitutional Laws And Clause,By There False Calculation And Misleading Reports- Sent Through Out The Judicial -And Criminal Computer System That House Inmates And Exoffenders Legal Data-In Data Based Census.
(Especially) After My 4 To 20 Years Sentence Was Done From A Period Of 1983-2003 Most Done Incarceration Days To The J+C F7641-81,The Sentence Examiners Currently Added 3,688 More Days To The Closed Case,Sending False Information To The Data System.

RECEIVED
JUN 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

page 1

1

## COMPLIANT FACTS

On May 9, 2006 I Maurice Ceasar Was Arrested On Theft Charges-By Warrant Of My Arrest, Through My Arrest And Aprehension Of These Charges, I Was Never Held On Any Other Warrants For My Arrest, Only CF3-9216-06- Cf39217-06 D,C. Superior Court Cases. There Were Never Charges, Or Any Warrent for My Arrest Brought To The Court, Or The Prosecution Offices Attention Of I, Maurice Ceasar Being Charge Or Indicted Or Disposition Of Any Claims. Nor After The fact, I Was Incarcerated Did I See Any One From Any Other Agency In The Federal Justice Department In Lieu Of F.B.O.P Or Nor Did M.P.D. Had Any Awarness Of Me Having An Escape Warrant Compliant Concerning This Matter On 11-11-2005.

However, When I Got Sentence 1-11-07 for CF3-9216-06, & Cf3-9217-06 Burglary 2 Cases, And when I Was designated To Serve 24 Months/24 Months Consecutively After Misdemeanor 90 Days(Ive done First At CCA-In D.C.), Then The Designation And sentence Computation Center Comes Up with Computating My (1st) To An Escape/ Then Takes It Off The F.B.O.P Web Site, Then they constructed The Release Date On F.O.B.P Web Site Of 2011, In Which They Gave No Deduction For Already 8 Months Jail Time Credit Before The (90 Days) Of 1-11-07 To 4-9-07. Nor Did They Percentage Me of 85% Of The Time In Which Any Thing Over A Year, I Can Be Eligible For The 54 days Off Of Each Year. Futhermore Between (4-9-07)+4-14-07, The Legal Examiners, Went On To Construct And Created A Release Date Of 2015 For CF3-9216-06/CF3-9217-06 Cases, Which Is Over More Than 24 Months/24 Months Consecutive Sentencing That Judge H.B Dixon Jr Given Me. These Are The Facts They Went Into Closed Cases/Termination Probated Data Base History To Find Another Reason To Say I Owe Time For Something Without Having Legal Paper Work To Lead Up To Me Having A Warrent Or Detainer, Or Set Offs Of Probation/Parole Action Endeavors Because I, Never Was In Court Nor Recieve Any Paper Work Or Disposition That Stated That Im In violation Of These Criminal Claims.

Under UNited STATES CONST., AMEND V . In All Criminal Prosecutions The Accused Shall Enjoy The Right To Speedy And Public Trial, By An Impartial Jury Of The State And District WHerein The Crime Shall Have Been Committed, Which District Shall Have Asertained By Law, And To Be informed Of The Nature And Cause Of The Accusation; To Be Confromt With The Witnesses Against Him To Have, To Have Compulsory Process For Obtaining Witnesses In His favor, And Have The Assistannce Of Counsel For The Defence.

## RELIEF SORT OF CLAIM

I Maurice Ceasar <u>Plaintff</u> Am Filing This Civil Compliant For The Invasion Of My Civil Rights Also The Treatment Of Malice (Fraudulant Dates) That I Recieved On Me Due To This Federal Oñ Federal Contracted Agency Not Honoring The Truth, But Disregarded In correcting This Matter After Each Step I Made By Filling BP-8 BP-9 Grievance As Well AS BP-10. To Be Insured Some Time Of Relief Than Being Denied My Rights Of Liberty After The 24Months Consecutive Release Date That Would Have Been 2009-2010. They Stop My Sentence Until 2011 To 2015 A Sentence That Already Started Since 1-11-07 And Jail Time Started On 5-10-06

## REQUEST ACTION

I Maurice Ceasar,(PLaintff) Due To Action That Needs To Be Taken By The Courts To Bring This Matter Of Closed Cases And History Data Base That The Designation Sentencing Computation Center Is Misusing Authority To Stretch Inmates Time / Exoffenders Time Comps, Longer Which They Need To Be Investigated The System For Federal And Local Inmates.

(A) I Seek from This Honorable Court Relief To Have An Investigator And Representation.

(B) May This Honorable Court Bring Charges Against Those Who Reported The The Misinformation To The USP Cannan And Placed Erroneous Time Computation In Federal Bureau Of Prison Data Base And Web Site.

(C) I Wish To Have An Oral Hearing And Proceedings A Set Trial ByJury And Ask This Honorable Court To Have Each Legal Instrument Examiner Present To Reveal There Source Or How They Created The Criminal Information In Which I was Never Confirmed Of, Until They Designated Me To U.S.P On 4-30-07 And 5-21-07 Team.

(D) May This Honorable Court Know That Iam Asking Financial Relief In Damages And Injuries In Which Under F-7641-81 Closed Case That They Are Trying To Create Data Under That Has Me Incarcerated Longer Than The 20 Years I Was Given To Expired, In 2003 Altogther. This relief Financially Carries The Damage And Burden Emotionally, Monetarily, Punitvely, And Economy Damage And Injuries As Well As My Stressful Matter Which Is Untoldly Confusing To How They seem To get Away. I Ask 1,000,000,oo One Million Dollars In This Suit (PLus) Awarded Damages And Injuries (Under This Claim Civil Rights Act 42 U.S.C Of (1983)

(E) This Civil Claim Also Seeking The Names Of Anonymous Defendants Agencies Officials Who Reported This Untrue Information About Me To Have More Time Than 48 Months And Who Computated Extra 48 Months And Used Closed Case time All Over Again, When Time Limit has Expired In 2003 And Then 2004 And 2005 In Which It went Over That 20 Years Sentence Amount Given On F-7641-81 Judgement & Commitment. The Untrue Computation data  Mislead All Other Federal Agencies/The courts,M.P.D And N.C.I.C/ Wales National Criminal Data Base Systems Which Houses Inmates,And Exoffenders ,Computations/Parole Criminal Information.This Also Violates Federal Rights And Procedure Of Law By This Federal Or federal Contract Agency Designation And Sentence Computation Center In grand Prairie Texas Having This Matter  Erroneously In Dispare.

May 31, 2007
Date

Maurice Clark
Signed

## PLACE OF CONFINEMENT

(A) Is There A Prisoner Grievance Procedure In This Institution?

    (YES)

    If Your Answer Is Yes, Go To Question III B. If Your Answer Is No, Skip Question,C And D And So To Question III E.

(B)   (YES)

(C) If Your Answer Is Yes To III B;

 1 <u>To Whom And When Did You Complain?</u>

    I Followed - Federal GrievanceStep By Filing A B-P-8,B-P-9 And B-P-10 Forms To The Regional Level Also By Lawyers Contact In 4-9-07

 2 <u>Did You Complain In Writing</u> ?
      YES

 3 <u>What If Any ,Response Did You Recieve</u> ?(Furnish Copy Of Responses If In Writing).
      U.S.P Cannan Record Office Responded To BP-8 ,BP-9 In Stating That There review Of What Grand Prairie Texas Computation Center of What Grand Prairie Texas Has On F.B.O.P Computer States I Have More Time Than The Time I Was Given By Judge Dixon Court...And That My Release Date Of 2015 Remains The Same And That They Are Going With That By Who Computated My time/Release.

 4 <u>What happened As A Result Of Your Compliant?</u>
      (nothing)
  This Is Why Im Filing A Lawsuit Against The Incompotencey Of The Contracted Federal Agency To Computate Prisoners Time.

(D) <u>If Your Answer Is No To Question III B Explain Why Not ?</u>
    My Answer Was "YES".

(E) <u>If There Is No Prison Grievance In The Insitution Did You Complain To Prison Authorities?</u> "(YES)".
    I Did Both - Grevance And Mainline Office Complained.

(F) <u>If Your Answer is(YES) To Question III E, Who Did You And When You Complain?</u>
  1 Between The 3 Weeks Ive Been here On 5-3-07 UP To this DAte.
    I Complain To USP Cannan Record Inmate System Clerks Especially Mr Farley. Complain To Case Mananger-Counselor_ Unit Manager And The Warden Ronni Holt.

  2 I Did Complain Verbally And In Writing Of Requests Cop-outs And BP-8 Grievance And BP-9 Grievances

  3 My Responses To This Computation Was The Same As III C-3 Response.

(4) For This Matter, Nothing Happen In Complaint Differently However, I Wish To File This Suit For Cruel And Unusual Punisment By This USP Cannan Administration And Designation And Sentence Computation Center

IV

**PARTIES**

(A) Name Of Plaintiff; MAURICE CEASAR REG:09747-007

Address; UNITED STATES PENITENTARY CANNAN
PO BOX 300
WAYMART P.A 18472

(B) Name Of Defendant; Legal Instrument Examiners Designation & Sentence Center

Address; GRAND PRAIRIE OFFICE COMPLEX
346 MARINE FORCES DRIVE
GRAND PRAIRIE, TEXAS 75051

Name Of Defendant;  Federal Bureau Of Prisons D.C./Records

Address; 320 First Street  North West
Washington D.C. 20001

Term Of sentence Statement Of Claim-Original sentencings

(1) Most Resent Grounds(5/9/06-5/10/06).Pretrial Office And Attorney Pulled Up My Bureau Of prison Site Data On F-7641-81 Case That I was Originally Sentence 8/15/83 By Honorable judge Tim Murphy,Who Had Retired. In Pretial Reports From F.B.O.P web Site That Due To Sheena Hungerford's Preparation On 5/10/06 And Attorney Under docket Number PSA Case# 061308-89 According To automated Probation And Parole Records The defendant Parole Was Closed,Revoked To incarceration On 10/24/04.According To The Bureau Of Prison Website The Defendant Was Release On 11/11/05. PSA Has No Additional Information Regarding This Matter.

(2) The D.C Superior Court Records Dept,Room 4001 Had In Their Records All Of My closed filed cases Including Case F-7641-81 That Was The Longest Time Sentence Of 4 To 20 years for Which I Was Held On Parole Until 2004(1983 To 2004)And Release Off Parole In 2005. In My Presentence Report Done By Wendy Corvey. It States That My Parole,Probation Has Been Terminated Unsuccessfully These Are Grounds To Show By This court Acknowledgement That F 7641-81 case Time And Expiration Contents Are closed And No Other Agency Should Attempt To Conspire To Hold Me On Dead Time issue Or Attempt To Add More time On B.O.P Website Without Having authority To Do So And documents Updated.

(3) In These Matters Concerning A 2015 Release Date For CF3-9216 ANd CF3-9217-06, Where Did They Get This Release Date? Who Orchestrated The Authorization For Access Of entering This Date(2015)Which Is Wrong And Should Only Carry a Total Of 24 Months Consecutivly And Which Should Be Complete In 2009 After The Math Of 85% Done On The Sentence,However Someone At The F.B.O.P.Entered 2015 In The computer And Does Not Wish To Correct It. Someone From F.B.O.P Designation And Sentence Center Site,To Give Me A Date of Incarceration From 2007 To 2015 Doubling The 4 Years To give Me 8 Years, Or Again Using A Closed case data to Hold Me In Prison illegally By Disregarding The Courts record Office Or Judge Authority To Sentence A person To A Specified Time Period, The case becomes closed And Final.

(4) This Agency For Either Justice department Is abusing Its Authority And Overriding The power Of The court System records files That This F7641-81 case Is closed. This is a Very Illegal Approach To Mislead Other Local And Federal Agencies By sending Non-Active Computation data On Me to Mislead Those Into Thinking that I Still have time Until 2015 On a Closed Case. Its Appalling That Someone With Access To F.B.O.P computer housing Inmates Data Will Stoop That Low To Keep An Exoffender Or Inmate In The System Illegally. I Ask For An Investigation And Relief In This Matter And To Make These Justice department F.B.O.P. Or USPC Acknowledge That F-7641-81 Is A Closed Case.

(5) And That 4-20 years sentence Suppose To Expired In 2003 Altogether.

(6) I The Petitioner have Exhausted All remedies And Still Have Not Reiceved A Suitable Resolution That Will Address the Time Gap In Which My Sentence From 1983-2003 Was Over Or About To Expire In 2003. Since These Criminal Authorities That Deal With Housing Or Revoking Parole Have Violated The Clauses That Brought This Matter To Court, I Wish to Have An Oral argument On this matter Of Why Iam Still Being Incarcerated On An Old Expired Docket Number Which Has No More Time On It. This Has Taken Street Time And Other Time From Me Illegally And Basically Resulted In An Illegal Extended Sentence ON F-7641-81 Of 2015. On F-7641-81. And 2009 on CF3-9216-17-06. My Time Was Supposed To Have been Up In 2003 Please May Relief To vacate This Matter Be deemed appropriate Under This Civil ground.

These issues Show That They Are Assuming The Authority Of The United States district of Columbia Metropolitan Courts, Which Are The Only One With Authority Of Criminal Endeavors That Can legally Vacate, Set Aside Or Correct A Sentence Or Resentence Me Under Docket Number F-7641-81 Or CF3-9216-9217 Case Something Must Be Done To Prevent F.B.O.P. Designation Of Sentence Computation Office From getting Away With This Type Of Deception, Especially When They Created A Face Sheet Document With Misleading Information Under An Expire J& C Docket Number And Send It Through The system for Criminal Records And To NCIC, Wales Computer. The Falsified Information Is Then Sent Across The Nation Illeglly Causing Criminal Authorities To Think That I Still Owe Time Under Docket Number F-7641-81, Which Is Not True, But Criminally False.

(7) The Instrument Of The Institution Computation Where Iam Located Cannan. C/O F.B.O.P Has Been Mislead by the Docket Number F-7641-81 Information And Are holding Me Longer On ClosedCase F7641-81 Than They Should have. This Is An Old case Number That I Was sentenced To, With No More Than 4 years; And No More Than 20 Years; This Is Appalling And Has Been A Problem That I Ask The Court To Step In To correct And Acknowledge That The Docket Number And Associated Judgement And Commitment Tim e Have Expired This Is Especially Important In Cases When The Sentencing Judge Has Retired Or Pass/On. This Matter Needs To Be resolved By An Investigation Following This Law Suit.

(8) This data Were Created By Those Responsible For inmates Entering Jail System And Docket Numbers And Replaced In The computers To create A Face Sheet For Incarcerated Individuals, In Which In My case Is Falsified Because Computation With them Who Has Caused Turpitude To There Service.

(9) There Have Been Many Concerns By Those Who Know The existing System That I am Being Railroaded By The Prison Records Data system And Parole Authorities

Who have Overtaken The Authority Of The Criminal Court Judges Jobs Who Are The Only Ones Who should Have the Proper Authority To Correct Or resentence An Offender In Lieu Of his Original Sentence.

## CERTIFICATE OF SERVICE

I hereby Certify That The above Legal Matter that Is being expressed Is true That My Time computation Is unfair and Misleading To the judicial And NCIC Inmate data Systems, And To That, The F-7641-81 Case was closed Out By Its Statue Of limitation, That The 4 To 20 years Sentence Expired from 1983 To 2003 However Closed In 2005 According To the Court Records files And others. I Certify This On 4th Day Of June 2007 And ask For An Oral hearing In This Matter.
I Certify Under The penalty of perjury That Foregoing Is True And correct.

RESPECTFULLY Yours,

*Maurice Ceate*

(5)

I. SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

C. If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit.

      Plaintiffs: _____0_____

      Defendants: _____0_____

   2. Court (If federal court, please name the district; if state court name the county.)
      _____0_____

   3. Docket number: _____0_____

   4. Name of judge to whom case was assigned: _____0_____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
      _____0_____

   6. Approximate date of filing lawsuit: _____0_____

   7. Approximate date of disposition: _____0_____

## PROOF OF SERVICE

I certify that on  6-4-07  (Date) I mailed a copy of this motion and attachments via first class mail to the following parties at the addresses listed below:

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on  6-4-07  (date) for forwarding to the Court . . . I certify under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

JS-44
(Rev.1/05 DC)

Case 1:07-cv-01191-RLF   Document 1-2   Filed 06/29/2007   Page 1 of 2

CIVIL COVER SHEET

F-1191
RMC

## I (a) PLAINTIFFS

MAURICE CEASAR

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88886
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 09747-007

## DEFENDANTS

BOP

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01191
Assigned To : Collyer, Rosemary M.
Assign. Date : 6/29/2007
Description: Pro Se Gen. Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant (circled)
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one in a corresponding Nature of Suit**)

### ☐ A. Antitrust
- ☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
● 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1985

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $   Check YES only if demanded in complaint JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☐ NO If yes, please complete related case form.

DATE 6.29.07   SIGNATURE OF ATTORNEY OF RECORD  /NCD/

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd