FILED
JUN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07 1191

UNITED STATES OF AMERICA
F.B.O.P. WASHINGTON D.C. IN LIEU (Designation Sentence Computation) Center
vs.

MAURICE CEASAR # 208-880
(Movant)

I, MAURICE CEASAR _____, declare under penalty of perjury, that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I am entitled to relief.

1. Are you presently employed?    Yes ( )   No (X)

   a. If the answer is "Yes," state the amount of your salary or wages per month and give the name and address of your employer. _____

   b. If the answer is "No," state the date of your last employment, the amount of the salary or wages per month which you received. 2005-2006 At METRO EPSI/ARAMARK W.D.C. 24,000.00 Yearly

2. Have you received within the past twelve (12) months any money from any of the following sources?
   a. Business, profession or form of self-employment?    Yes ( )  No (X)
   b. Rent payments, interest or dividends?               Yes ( )  No (X)
   c. Pensions, annuities or life insurance payments?    Yes ( )  No (X)
   d. Disability or workers compensation payments?       Yes ( )  No (X)
   e. Gifts or inheritances?                              Yes ( )  No (X)
   f. Any other sources?                                  Yes ( )  No (X)

If the answer to any of the above is "Yes," describe each source of money and state the amount received from each during the past twelve months. _____

RECEIVED
JUN 07 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Do you own any cash or do you have money in a checking or savings accounts? (Include any funds in prison accounts). Yes ( ) No (X)

   If the answer is "yes," state the total value of the items owned.

   _____0_____

4. Do you own any real estate, stocks, bonds, securities, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (X)

   If the answer is "yes," describe the property and state its approximate value:

   _____0_____
   _____0_____
   _____0_____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute to their support.

   _____0_____
   _____0_____
   _____0_____

I declare under penalty of perjury that the above information is true and correct.

Executed on __6-1-2007__    _____M. Cease_____
         (Date)              (Petitioner's Signature or
                              Signature of Petitioner's Representative)

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institutions: _____

_____
Authorized Officer of Institution