CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE CEASAR | )<br>)<br>)<br>) |
| Plaintiff | ) Civil Case Number 07-1191 (PLF)<br>) |
| v. | )<br>) Category    F |
| FEDERAL BUREAU OF PRISONS | )<br>)<br>)<br>) |
| Defendant | )<br>) |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>July 12, 2007</u> from <u>Judge Rosemary M. Collyer</u> to <u>Judge Paul L. Friedman</u> by direction of the Calendar Committee.

(Reassigned as related to 06-2140)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Collyer</u> & Courtroom Deputy
      <u>Judge Friedman</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk