**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
US Attorney General – DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number __07-1191 RMC__

__Maurice Caesar__
V.
__Bureau of Prisons__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ se. Keep copy 3 for your records.

...WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...er entity, you must indicate under your signature your relationship to that entity. If ...horized to receive process, you must indicate under your signature your authority.

...of this form to the sender within ___ days, you (or the party on whose behalf you ...urred in serving a summons and complaint in any other manner permitted by law.

...his form, you (or the party on whose behalf you are being served) must answer the ...ere sent. If you fail to do so, judgment by default will be taken against you for the

...tice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

...OF RECEIPT OF SUMMONS AND COMPLAINT
...ed a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive Service of Process

Date of Signature

**RECEIVED
JUL 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense