IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE, CEASAR**<br>    REG. 09747-007<br>    P.O. Box 300<br>    Waymart, PA<br>        18472-300<br><br>    Plaintiff,<br><br>v.<br><br>**D.C. FEDERAL BUREAU OF PRISON IN LIEU OF; DESIGNATION AND SENTENCE COMPUTATION CENTER LEGAL INSTRUMENT EXAMINERS**<br><br>    Defendant. | Civil Action No. 07-1191 (RMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

　　　/s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, D.C.  20530
(202) 514-7224