Maurice Ceasar

      Plaintiff

V.

Federal Bureau of Prisons
      Et Al
      Defendants

Informa Pauperis Enclosed
Civil Action No· 07-1191 PLF
Civil Action No· CV-1:07-1191

**RECEIVED**
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subject: A letter motion to have Civil Action No· 07-1408 Combined with Already Maurice Ceasar V. Federal Bureau of Prisons CV-1:07-1191 Civil Action No·

Dear Clerk of Court office, And Assigned Judges, to these CV cases;

    I, Maurice Ceasar, Plaintiff sent in Civil Complaint Against D.C./Federal Bureau of Prison in May 2007. This was the First time I sent this Complaint. In the Late part of May 31, 2007 I sent in A Better Copy of my Civil Complaint Due to typing Errors in the First one I sent to Be filed. What I Also Did was wrote letter to Clerk's office Explaining that this is A Revised Copy of the First one I sent to Be File... May it Be Filed under the Same Civil Action No· which will Be, 1191-07 whom A Judge is Assigned Between Honorable Judge Paul L. Friedman (or) Honorable Rosemary M. Collyer.

    To whom it may Concern,

I, Maurice Ceasar, Plaintiff has Received A New Filing Civil Action No· 07-1408-CV which that Civil Complaint Document should Be File Along with CV-1191-1:07 Case As An Revised copy c/o mistakes Error in typing. Please may this Civil Complaint CV-07-1408 Be combined with Federal Bureau of Prison's et al that under 1:07-CV-1191 Since A Judge Is Already Assigned. There has Be A Slight mistake In Filing process of the Civil Complaint.

(1)

To: Honorable Judge H. Kennedy

(Also) I wish to add that I have already been granted under pursuant to 28 U.S.C. § 1915 (A) 1994 - on June 29th 2007 to proceed informa pauperis - is Granted.

So I ask again for *1:07-CV-1191 Be the Civil Action Number and that every thing under its Documents Be Combined that you have in Revised Civil Complaint under Civil Action No. 07-1408. It is all one Civil Complaint - However, 07-1408 is a Revised Copy For 1:07-CV-1191.

In this Letter motion, I wish to make the court aware of only one Maurice Ceasar vs. Federal Bureau of Prisons case Than two that shows in your computer. they all are one...

Since this issue has came about. On July 16, 2007 I have sent to Clerks office certified to L. Scott And for 1:07-CV-1191 RMC case assigned Judge Rosemary M. Collyer or Reassigned Judge? Another motion Supplemental to case In Lieu of F-7641-81 Exhibits to be Attached to Already Filed Civil Complaint under 1:07-CV-1191 RMC. Have that be Combined as a said part of Maurice Ceasar V. Federal Bureau of Prisons case. I did on July 20, 2007 Received the Return Receipt *7007-0220-0001-7878-0777.

I hope that this matter can easily be Resolved Due to the Combining It all together under one Civil Action No. 1:07 CV-1191 OR) 07-1408? And that I can be contacted by mail of the Correction, and also told who is the assigned Judge in this matter. Thank you very much! I, enclose Informa pauperis and Inmate's trust fund.

Respectfully Submitted
Maurice Ceaser 2007
# 09747-007

(2)

# United States District Court

_For the_ _____ DISTRICT OF _Columbia_____

Maurice Ceasar

v.

Federal Bureau of Prison
         el Al

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

---

I, _Maurice Ceasar_____, declare that I am the (check appropriate box)

☑ petitioner/plaintiff     ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____
                     other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?          Yes ☐   No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

                0

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. 5-2006 metres EPS I And
   Atamark Inc. $6.50 an hour to $7.00

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐   No ☑
   b. Rent payments, interest or dividends?        Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?     Yes ☐   No ☑
   d. Gifts or inheritances?             Yes ☐   No ☑
   e. Any other sources?              Yes ☐   No ☑

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 09747007 | Current Institution: Canaan USP |
| Inmate Name: | CEASAR, MAURICE | Housing Unit: CAA-C-B |
| Report Date: | 08/06/2007 | Living Quarters: C03-120U |
| Report Time: | 9:11:08 AM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 8/4/2007 4:34:34 PM | ITS0804 | | | Phone Withdrawal | ($2.00) | | $5.80 |
| CAA | 8/2/2007 10:41:17 AM | GJV0073 | | | Photo Copies | ($2.20) | | $7.80 |
| CAA | 8/1/2007 12:10:56 AM | GCAAD028 - 915 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| CAA | 8/1/2007 12:10:56 AM | GCAAD028 - 969 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| CAA | 8/1/2007 12:10:56 AM | GCAAD039 - 970 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| CAA | 8/1/2007 12:10:56 AM | GCAAD039 - 982 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| CAA | 8/1/2007 12:10:56 AM | GCAAD028 - 981 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| CAA | 8/1/2007 12:10:56 AM | GCAAD039 | 1927 | | PLRA Payment | ($3.14) | | $31.00 |
| CAA | 8/1/2007 12:10:56 AM | GCAAD028 | 1928 | | PLRA Payment | ($21.00) | | $10.00 |
| CAA | 7/25/2007 1:31:22 PM | 11 | | | Sales | ($17.95) | | $34.14 |
| CAA | 7/22/2007 5:15:13 AM | 70187702 | | | Lockbox - CD | $25.00 | | $52.09 |
| CAA | 7/22/2007 5:15:13 AM | GCAAD028 - 981 | | | Debt Encumbrance | | ($5.00) | -------- |
| CAA | 7/22/2007 5:15:13 AM | GCAAD039 - 982 | | | Debt Encumbrance | | ($5.00) | -------- |
| CAA | 7/19/2007 6:33:23 PM | ITS0719 | | | Phone Withdrawal | ($1.00) | | $27.09 |
| CAA | 7/18/2007 1:37:47 PM | 14 | | | Sales | ($11.90) | | $28.09 |
| CAA | 7/18/2007 12:10:08 AM | GCAAD039 - 968 | | | Debt Encumbrance - Released | | $8.01 | -------- |
| CAA | 7/18/2007 12:10:08 AM | GCAAD039 - 954 | | | Debt Encumbrance - Released | | $0.18 | -------- |
| CAA | 7/18/2007 12:10:08 AM | GCAAD039 | 1830 | | Initial PLRA Pymt | ($8.19) | | $39.99 |
| CAA | 7/17/2007 5:14:54 AM | 70187301 | | | Lockbox - CD | $40.00 | | $48.18 |
| CAA | 7/17/2007 5:14:54 AM | GCAAD028 - 969 | | | Debt Encumbrance | | ($8.00) | -------- |
| CAA | 7/17/2007 5:14:54 AM | GCAAD039 - 970 | | | Debt Encumbrance | | ($8.00) | -------- |
| CAA | 7/17/2007 5:14:54 AM | GCAAD039 - 968 | | | Debt Encumbrance | | ($8.01) | -------- |
| CAA | 7/11/2007 2:21:53 PM | GCAAD039 - 954 | | | Debt Encumbrance | | ($0.18) | -------- |
| CAA | 7/11/2007 1:58:48 PM | 35 | | | Sales | ($41.82) | | $8.18 |
| CAA | 7/6/2007 5:15:46 AM | 70186601 | | | Lockbox - CD | $40.00 | | $50.00 |
| CAA | 7/6/2007 5:15:46 AM | GCAAD028 - 915 | | | Debt Encumbrance | | ($8.00) | -------- |
| CAA | 7/1/2007 12:10:43 AM | GCAAD028 - 834 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| CAA | 7/1/2007 12:10:43 AM | GCAAD028 - 866 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| CAA | 7/1/2007 12:10:43 AM | GCAAD028 | 1708 | | PLRA Payment | ($0.16) | | $10.00 |
| CAA | 6/26/2007 1:36:25 PM | 19 | | | Sales | ($6.25) | | $10.16 |
| CAA | 6/19/2007 10:36:02 AM | 70 | | | Sales | ($18.19) | | $16.41 |
| CAA | 6/13/2007 5:11:43 AM | 70185001 | | | Lockbox - CD | $25.00 | | $34.60 |
| CAA | 6/13/2007 5:11:43 AM | GCAAD028 - 866 | | | Debt Encumbrance | | ($5.00) | -------- |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAA | 6/12/2007 9:56:21 AM | 24 | Sales | ($10.30) | | $9.60 |
| CAA | 6/10/2007 7:44:21 PM | ITS0610 | Phone Withdrawal | ($1.00) | | $19.90 |
| CAA | 6/8/2007 6:44:57 PM | ITS0608 | Phone Withdrawal | ($1.00) | | $20.90 |
| CAA | 6/7/2007 9:34:11 PM | ITS0607 | Phone Withdrawal | ($1.00) | | $21.90 |
| CAA | 6/7/2007 6:24:34 PM | ITS0607 | Phone Withdrawal | ($1.00) | | $22.90 |
| CAA | 6/6/2007 5:52:58 PM | ITS0606 | Phone Withdrawal | ($2.00) | | $23.90 |
| CAA | 6/6/2007 5:17:14 AM | 70184501 | Lockbox - CD | $25.00 | | $25.90 |
| CAA | 6/6/2007 5:17:14 AM | GCAAD028 - 834 | Debt Encumbrance | | ($5.00) | -------- |
| CAA | 6/5/2007 2:36:26 PM | 39 | Sales | ($13.96) | | $0.90 |
| CAA | 6/4/2007 5:27:15 PM | ITS0604 | Phone Withdrawal | ($3.00) | | $14.86 |
| CAA | 6/2/2007 2:08:44 PM | ITS0602 | Phone Withdrawal | ($1.00) | | $17.86 |
| CAA | 6/2/2007 8:25:02 AM | ITS0602 | Phone Withdrawal | ($2.00) | | $18.86 |
| CAA | 6/1/2007 7:50:16 PM | ITS0601 | Phone Withdrawal | ($5.00) | | $20.86 |
| CAA | 6/1/2007 6:33:34 PM | ITS0601 | Phone Withdrawal | ($3.00) | | $25.86 |
| CAA | 6/1/2007 12:10:48 AM | GCAAD028 - 787 | Debt Encumbrance - Released | | $5.00 | -------- |
| CAA | 6/1/2007 12:10:48 AM | GCAAD028  1509 | PLRA Payment | ($5.00) | | $28.86 |
| CAA | 5/31/2007 5:09:35 PM | ITS0531 | Phone Withdrawal | ($2.00) | | $33.86 |

1 2

**Total Transactions: 64**

Totals:    $5.80    $0.00

................................................................................

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $5.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.80 |
| Totals: | $5.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.80 |