# United States District Court

For the _____ DISTRICT OF _Columbia_

Maurice Ceasar

v.

Federal Bureau of Prison
                        el Al

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER:

---

I, _Maurice Ceasar_____, declare that I am the (check appropriate box)

☑ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant          ☐ _____
                                              *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend ·to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you·presently employed?                     Yes ☐   No ☑
   a. If the answer is ''yes,'' state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   _O_

   b. If the answer is ''no,'' state the date of last employment and the amount of the salary and wages per month which you received. 5- 2006  metro EPS I And  Atamark inc $6.50  an Hour to$7.00

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment      Yes ☐   No ☑
   b. Rent payments, interest or dividends?                       Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?             Yes ☐   No ☑
   d. Gifts or inheritances?                                      Yes ☐   No ☑
   e. Any other sources?                                          Yes ☐   No ☑

## Inmate Statement

🖨 PRINT

| Inmate Reg #: | 09747007 | Current Institution: | Canaan USP |
|---|---|---|---|
| Inmate Name: | CEASAR, MAURICE | Housing Unit: | CAA-C-B |
| Report Date: | 08/06/2007 | Living Quarters: | C03-120U |
| Report Time: | 9:11:08 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 8/4/2007 4:34:34 PM | ITS0804 | | | Phone Withdrawal | ($2.00) | | $5.80 |
| CAA | 8/2/2007 10:41:17 AM | GJV0073 | | | Photo Copies | ($2.20) | | $7.80 |
| CAA | 8/1/2007 12:10:56 AM | GCAAD028 - 915 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| CAA | 8/1/2007 12:10:56 AM | GCAAD028 - 969 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| CAA | 8/1/2007 12:10:56 AM | GCAAD039 - 970 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| CAA | 8/1/2007 12:10:56 AM | GCAAD039 - 982 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| CAA | 8/1/2007 12:10:56 AM | GCAAD028 - 981 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| CAA | 8/1/2007 12:10:56 AM | GCAAD039 | 1927 | | PLRA Payment | ($3.14) | | $31.00 |
| CAA | 8/1/2007 12:10:56 AM | GCAAD028 | 1928 | | PLRA Payment | ($21.00) | | $10.00 |
| CAA | 7/25/2007 1:31:22 PM | 11 | | | Sales | ($17.95) | | $34.14 |
| CAA | 7/22/2007 5:15:13 AM | 70187702 | | | Lockbox - CD | $25.00 | | $52.09 |
| CAA | 7/22/2007 5:15:13 AM | GCAAD028 - 981 | | | Debt Encumbrance | | ($5.00) | -------- |
| CAA | 7/22/2007 5:15:13 AM | GCAAD039 - 982 | | | Debt Encumbrance | | ($5.00) | -------- |
| CAA | 7/19/2007 6:33:23 PM | ITS0719 | | | Phone Withdrawal | ($1.00) | | $27.09 |
| CAA | 7/18/2007 1:37:47 PM | 14 | | | Sales | ($11.90) | | $28.09 |
| CAA | 7/18/2007 12:10:08 AM | GCAAD039 - 968 | | | Debt Encumbrance - Released | | $8.01 | -------- |
| CAA | 7/18/2007 12:10:08 AM | GCAAD039 - 954 | | | Debt Encumbrance - Released | | $0.18 | -------- |
| CAA | 7/18/2007 12:10:08 AM | GCAAD039 | 1830 | | Initial PLRA Pymt | ($8.19) | | $39.99 |
| CAA | 7/17/2007 5:14:54 AM | 70187301 | | | Lockbox - CD | $40.00 | | $48.18 |
| CAA | 7/17/2007 5:14:54 AM | GCAAD028 - 969 | | | Debt Encumbrance | | ($8.00) | -------- |
| CAA | 7/17/2007 5:14:54 AM | GCAAD039 - 970 | | | Debt Encumbrance | | ($8.00) | -------- |
| CAA | 7/17/2007 5:14:54 AM | GCAAD039 - 968 | | | Debt Encumbrance | | ($8.01) | -------- |
| CAA | 7/11/2007 2:21:53 PM | GCAAD039 - 954 | | | Debt Encumbrance | | ($0.18) | -------- |
| CAA | 7/11/2007 1:58:48 PM | 35 | | | Sales | ($41.82) | | $8.18 |
| CAA | 7/6/2007 5:15:46 AM | 70186601 | | | Lockbox - CD | $40.00 | | $50.00 |
| CAA | 7/6/2007 5:15:46 AM | GCAAD028 - 915 | | | Debt Encumbrance | | ($8.00) | -------- |
| CAA | 7/1/2007 12:10:43 AM | GCAAD028 - 834 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| CAA | 7/1/2007 12:10:43 AM | GCAAD028 - 866 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| CAA | 7/1/2007 12:10:43 AM | GCAAD028 | 1708 | | PLRA Payment | ($0.16) | | $10.00 |
| CAA | 6/26/2007 1:36:25 PM | 19 | | | Sales | ($6.25) | | $10.16 |
| CAA | 6/19/2007 10:36:02 AM | 70 | | | Sales | ($18.19) | | $16.41 |
| CAA | 6/13/2007 5:11:43 AM | 70185001 | | | Lockbox - CD | $25.00 | | $34.60 |
| CAA | 6/13/2007 5:11:43 AM | GCAAD028 - 866 | | | Debt Encumbrance | | ($5.00) | -------- |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAA | 6/12/2007 9:56:21 AM | 24 | Sales | ($10.30) | | $9.60 |
| CAA | 6/10/2007 7:44:21 PM | ITS0610 | Phone Withdrawal | ($1.00) | | $19.90 |
| CAA | 6/8/2007 6:44:57 PM | ITS0608 | Phone Withdrawal | ($1.00) | | $20.90 |
| CAA | 6/7/2007 9:34:11 PM | ITS0607 | Phone Withdrawal | ($1.00) | | $21.90 |
| CAA | 6/7/2007 6:24:34 PM | ITS0607 | Phone Withdrawal | ($1.00) | | $22.90 |
| CAA | 6/6/2007 5:52:58 PM | ITS0606 | Phone Withdrawal | ($2.00) | | $23.90 |
| CAA | 6/6/2007 5:17:14 AM | 70184501 | Lockbox - CD | $25.00 | | $25.90 |
| CAA | 6/6/2007 5:17:14 AM | GCAAC028 - 834 | Debt Encumbrance | | ($5.00) | -------- |
| CAA | 6/5/2007 2:36:26 PM | 39 | Sales | ($13.96) | | $0.90 |
| CAA | 6/4/2007 5:27:15 PM | ITS0604 | Phone Withdrawal | ($3.00) | | $14.86 |
| CAA | 6/2/2007 2:08:44 PM | ITS0602 | Phone Withdrawal | ($1.00) | | $17.86 |
| CAA | 6/2/2007 8:25:02 AM | ITS0602 | Phone Withdrawal | ($2.00) | | $18.86 |
| CAA | 6/1/2007 7:50:16 PM | ITS0601 | Phone Withdrawal | ($5.00) | | $20.86 |
| CAA | 6/1/2007 6:33:34 PM | ITS0601 | Phone Withdrawal | ($3.00) | | $25.86 |
| CAA | 6/1/2007 12:10:48 AM | GCAAD028 - 787 | Debt Encumbrance - Released | | $5.00 | -------- |
| CAA | 6/1/2007 12:10:48 AM | GCAAD028 1509 | PLRA Payment | ($5.00) | | $28.86 |
| CAA | 5/31/2007 5:09:35 PM | ITS0531 | Phone Withdrawal | ($2.00) | | $33.86 |

1 2

**Total Transactions: 64**

                                                      **Totals:**    $5.80    $0.00

---

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $5.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.80 |
| **Totals:** | **$5.80** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$5.80** |