IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAURICE CEASAR | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1191 (RMC) |
| | ) | |
| D.C. FEDERAL BUREAU OF PRISON IN | ) | |
| LIEU OF; DESIGNATION AND SENTENCE | ) | |
| COMPUTATION CENTER, LEGAL | ) | |
| INSTRUMENT EXAMINERS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully

moves this Court for an Enlargement of Time up to and including October 12, 2007 to answer or

respond to Plaintiff's complaint. Plaintiff could not be reached to ascertain his views on this

motion because he is incarcerated.

The additional time is requested because the Agency Counsel has been involved in a

substantial litigation project and has been unable to provide the materials for the coordination

and filing of Defendant's response or answer to the complaint.

This request for enlargement is made in good faith and is in no way designed to delay the

proceedings.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


___/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., Room E - 4106
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th, September, 2007, that a copy of the Defendant's

Motion for Enlargement of Time was filed and served by First-Class mail; postage prepaid to:


**MAURICE, CEASAR**
**REG. 09747-007**
**P.O. Box 300**
**Waymart, PA**
  **18472-300**


         __/s/_____
         WYNEVA JOHNSON
         Assistant United States Attorney
         555 4th Street, NW, E-4106
         Washington, D.C. 20530
         (202) 514-7224

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE, CEASAR )<br><br>Plaintiff, )<br><br>v. )<br><br>D.C. FEDERAL BUREAU OF PRISON IN )<br>LIEU OF; DESIGNATION AND SENTENCE )<br>COMPUTATION CENTER LEGAL )<br>INSTRUMENT EXAMINERS )<br><br>Defendant. ) | Civil Action No. 07-1191 (RMC) |

**ORDER**

UPON CONSIDERATION OF Defendant's Motion for Enlargement of Time, any

Opposition thereto and for good cause shown, it is hereby

ORDERED that Defendant's Motion for Enlargement of Time is GRANTED. It is

FURTHER ORDERED that Defendant may answer or respond to the Complaint by

October 12, 2007.


_____     _____
                                       UNITED STATES DISTRICT COURT JUDGE


Copies:

WYNEVA JOHNSON                    MAURICE CEASAR
Assistant United States Attorney  Reg 09747-007
555 4th Street, E- 4106           P.O. Box 300
Washington, D.C. 20530            Waymart, PA 18472-300