UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE CEASAR,                )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No.  07-1191  (PLF)
                               )
FEDERAL BUREAU OF PRISONS,     )
                               )
        Defendant.             )
                               )

ORDER

This matter is before the Court on plaintiff's motions to consolidate and to amend his complaint and defendant's motions for an extension of time to file its response to the complaint and to dismiss.

To date, in addition to the original complaint, plaintiff has filed a supplemental memorandum with exhibits [#9] and a motion for leave to amend the complaint [#14].  Plaintiff also has moved to consolidate the instant civil action with another, Civil Action No. 07-1408, explaining that the complaint in Civil Action No. 07-1408 was intended only to correct typographical errors in the original complaint filed in this action [#12].  The Court will deny plaintiff's motions without prejudice.  Instead, the Court will direct plaintiff to file a motion for leave to file a second amended complaint.  To this motion plaintiff must attach an original of the proposed pleading as amended.  LCvR 7(*i*); LCvR 15.1.  The proposed amended pleading must comply with the Federal Rules of Civil Procedure and the local rules of this Court.  The caption

of the proposed amended pleading must include the names and addresses of all the parties, LCvR 5.1(e), and "[a]ll averments of claim [] shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a statement of a single set of circumstances." Fed. R. Civ. P. 10(b). Defendant will have an opportunity to respond to plaintiff's motion for leave to file a second amended complaint. Its motion for an extension of time to file a response to the complaint and its motion to dismiss will be denied without prejudice to refiling at a later date.

Accordingly, it is hereby

ORDERED that plaintiff's "letter motion to have Civil Action No. 07-1408 combined with already Maurice Ceasar v. Federal Bureau of Prisons cv1:07-1191 Civil Action No." [Dkt. #12] and motion "To Amend Civil Complaint for 1191-07 due to Correction of Type Errors Made in First Complaint [Dkt. #14] are DENIED WITHOUT PREJUDICE. His motion to proceed *in forma pauperis* [Dkt. #13] is DENIED as moot. It is further

ORDERED that defendants' motion for an extension of time [Dkt. #15] and its motion to dismiss [Dkt. #16] are DENIED WITHOUT PREJUDICE. It is further

ORDERED that plaintiff shall file a motion for leave to file a second amended complaint by **November 15, 2007**. Defendant shall file its opposition or other response by **November 30, 2007**.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

Date: October 17, 2007