## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE, CEASAR**<br>    **REG. 09747-007**<br>    **P.O. Box 300**<br>    **Waymart, PA**<br>        **18472-300**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**D.C. FEDERAL BUREAU OF PRISON IN**<br>**LIEU OF; DESIGNATION AND SENTENCE**<br>**COMPUTATION CENTER LEGAL**<br>**INSTRUMENT EXAMINERS**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Civil Action No. 07-1191 (PLF)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including November 30, 2007 to reply to plaintiff's "Response To Defendant's Motion of Points and Authority and Motion to Continue Civil Action Complaint in the District of Columbia, To be Construe Under 42 U.S.C. 1983 Bivens, and 28 U.S.C. 1331 Civil Rights Due State and Federal Officials." Plaintiff could not be reached to ascertain his views on this Motion because he is incarcerated.

The additional time is requested because the Agency Counsel and the Agency representative preparing a Supplemental Declaration, due to other responsibilities, are unable to complete the coordination with Counsel to prepare a timely Reply.

This request for enlargement is made in good faith and in no way designed to delay the proceedings.

Respectfully submitted,


___/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney


_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122


WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530


Of Counsel:
Delaine Martin Hill
Assistant General Counsel
Office of General Counsel
Bureau of Prisons

**CERTIFICATE OF SERVICE**

_____    I HEREBY CERTIFY that on this 1st day of November, 2007, that a copy of the

Defendant's Motion for Enlargement of Time was filed and served by First-Class mail; postage

prepaid to:


**MAURICE, CEASAR**
**REG. 09747-007**
**P.O. Box 300**
**Waymart, PA**
**        18472-300**


                                        __/s/_____
                                        WYNEVA JOHNSON
                                        Assistant United States Attorney
                                        555 4th Street, NW, E-4106
                                        Washington, D.C. 20530
                                        (202) 514-7224

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAURICE, CEASAR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1191 (PLF) |
| | ) | |
| D.C. FEDERAL BUREAU OF PRISON IN | ) | |
| LIEU OF; DESIGNATION AND SENTENCE | ) | |
| COMPUTATION CENTER LEGAL | ) | |
| INSTRUMENT EXAMINERS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER</u>**

UPON CONSIDERATION OF Defendant's Motion for Enlargement of Time, any

Opposition thereto and for good cause shown, it is hereby

ORDERED that Defendant's Motion for  Enlargement of Time is GRANTED.  It is

FURTHER ORDERED that Defendant respond to Plaintiff's Response To Defendant's

Motion of Points and Authority and Motion to Continue Civil Action Complaint in the District of

Columbia, To be Construe Under 42 U.S.C. 1983 Bivens, and 28 U.S.C. 1331 Civil Rights Due

State and Federal Officials by November 30th, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies:

WYNEVA JOHNSON                          MAURICE CEASAR
Assistant United States Attorney        Reg 09747-007
555 4th Street, E- 4106            P.O. Box 300
Washington, D.C. 20530                  Waymart, PA 18472-300