United States District Court For the District of Columbia

Maurice Ceasar
    Plaintiff

v.

Federal Bureau of Prisons
                    et al
        Defendants

Civil Case: CV-1191-07-(RMC)
Honorable Judge (PLF)(RMC)

**RECEIVED**
OCT 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Letter/motion to stay case of Maurice Ceasar, until B.O.P. Redesignate me or stop retaliation against me -for filing this civil complaint against there DSCC agency in Grand Prairie Texas

Now comes, Plaintiff in respect of this Honorable Court to have a (stay of civil case), until I reach another destination (per) B.O.P. Re Designating me without any proper cause to. Due to my complaint under CV-1191-07 case number, and for them to Act on it (They) Defendants has come to the conclusion to move me to delay-timing of this case for either Judge or U.S. Attorney to Dismiss the case due to them moving me around. I, wish to continue this case in U.S. District Court under Diverse Citizenship, 1983-42 U.S.C./28 USC 1331-Bivens. I wish to ask this court to give me a (stay of civil case) Due to Defendants stipulating pressure on me and to use there power of custody to make me suffer in certain Hold-over in Transit so that what ever papertrail legally I have would not catch-up to me or be answer as long as I do not get to a destination suitable to receive-mail. These Defendants know this and are acting on the power of it to have courts be confused in

my complaints and Responses If court has order. I, wish to state that It was verbally told to me Second-Hand By unit officer (who) heard unit manager and casemanager state that they were to (Ride me) due to my filing my civil complaint - 1191-07-cv. And to place me on listing in A (facade) manner which I will be sent on another U.S. Parole Hearing In Philadelphia - which is not true to the best of my knowledge. These are just a few reasons - That I ask for my case to be stayed or put on hold until I get to a place, I can contact court and Receive it's legal mail.

(Re-caption)

On 10-22-07 - I, mailed out to U.S. District court in District of Columbia (RMC)/(PLF) certified USPS - A motion in Response to Mr. Augustus Faller Declaration and U.S. Attorney's motion to Dismiss. Due to the Inconsistancies and irregularitories of A. Faller Declaration on me the (Plaintiff), and what took place, which was all Inaccurate I sent in A Response motion to Justify the truth on Dates, 3.688 Days Re-sentence, and other mis-criminal Information given by A. Faller. On 10/22/07 again I was told to packup my property and go to (R&D). Due to packup - I was removed from USP Canaan in A Retaliatorial way as if This was to something I've Done to them. In Respect to this matter, I did have william micheal contact all courts that has this civil matter in hand; Especially Direct Clerks in U.S. District court in D.C.

At this particular writing of this motion, I was sent to USP Lewisburg Transfer Hold-over and now have been here without having any destination given by per B.O.P. in which I was told a lie to have me packed-out.

(2)

I have been here about 7-Days of this motion/letter being sent to you - And now Feeling that the Operation Manager Augustus Faller is also responsible for this movement in retaliation that I have OSCC in Grand Prairie Texas in my Civil Complaint. (He) Mr. Faller, is in charge of the Destination of prisoners In the USP. He also is the one who now is illegally detaining me here in Lewisburg Transit Hold-over. Due to this hostil and Evil Disposition, I ask that this court could so Order them At B.O.P. to Designate me Immediately here or give probable cause why I am being housed while others are coming through with Philadelphia Federal Pententian Center Destinations, And D.C. Destinations and are going quicker than I; This Sparks a question that needs light; And to know that I have civil complaints against them will make them retaliate against me more; what more can I think of at this crusaul time or believe.

(ORDER)

I, Respectfully come to this Honorable District Court to have you locate me here in USP Lewisburg - Transit Hold-over or at any (R & D) in Transit Should no where I am per B.O.P. or Mr. A. Faller B.O.P. Operation Manager in Grand Prairie Texas. Their should not be any doubt that (He) Mr. Faller orchestrated this movement per From: USP Canaan - to Lewisburg Hold-over. And (So-order) to have me Designated Immediately to continue my legality issues of my Time Computations with B.O.P. that is Incorrected.

Your Honor,

I ask for this Courts help - I am Appalled By How this matter is causing me Delayments and Defects in my Civil Complaints that I have in Front of your Court to Respond to. And if this Letter/Motion Do get to you - May this Court Act Promptly to my Legal Concerns

(3)

AND TRANSFERS FOR NO OBVIOUS REASONS AT ALL... This is made with malice AND Retaliation to put pressure on me AND to cause this court to ignore the seriousness of my civil complaint.

### Certificate of Service

I, hereby declare that this civil case complaint letter motion is in concern of why they Defendants has come to move out of USP Canaan; AND have me held HERE IN TRANSIT without ANY Destination, ON this 28TH Day AND October 2007 I mailed this from Lewisburg USP to have this Honorable Court to (Stay of my case) or place on Hold until they Defendants Designate me w/o Retaliation.

Respectfully Submitted

*Maurice Ceasar*

Maurice Ceasar #09747-007

OCT 3 1 2007

(4)