From: Maurice Ceasar
(USP Lewisburg) Plaintiff Holdover Transit Level mc/m3
P.O. Box 1000
Lewisburg, PA 17837

**RECEIVED** Case Docket CV-1191-07 (emc)
NOV - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(PLF)

RE: Letter/Notice                           November 1, 2007

Dear Honorable Court and Judge (For) Case CV-1191-07 And CV-2140-06

I, wish to convey with you in regards of a uncall for movement by (Operation Manager) who have been quite devouring towards me since he learned his name was said part of Defendants in lieu case docket CV-1191-07.

This movement has caused me to (hand over) all my legal work and received documents that U.S. District Court in D.C. sent to me in response of my legal civil complaint as to why they B.O.P. given me more time on a closed out F-7641-81 case.

As for now - I have been transferred to USP Lewisburg (Holdover) in which the misled me telling me I was going to Philadelphia (FDC). I have been here since 10/23/07 and no movement bus to Philadelphia (FDC) or any destination had been made for here. I believe that this is a (said part) of retaliation coming from Operation Manager - Augustus Faller who designate inmate (to and fro) in B.O.P. custody. This is also to have the courts to trivally find me or to cause my 1191-07 case to be either dismissed due to there strategy to lose me in transit or here at Lewisburg. Mr. A. Faller does know that on B.O.P. (website) I will not be able to be confirm a prison locational address, only it will show in transit- however I wish to let you know that I am being held in Transit Hold-over in Lewisburg USP in Pennsylvania. They will not allow my mail to go out here with my name on it. I, have to get another inmate to mail my letter to you. I have tried to get mail to this Honorable Court to

(1)

Make you aware of A. Faller Declaration was erroneously put together. I mailed on 10/19/07; Did it get to you there? Also I mailed letter to you on 10/24/07. (Recently) – They put me in the computer here to go to Allenwood USP which was a hoax to have people or the Court who is trying to reach me send my mail to this wrong Institution – when I was scratched off list the next day (and) been here at Lewisburg USP Hold-over M3/MC level for now (1) week and a ½.

This letter is to assure you that I have been moved from USP Canaan – under false pretenses. And for them These defendants to cause the courts to think I am not trying to respond to the proceedings of my civil complaint and legal request that I ask the court to intervene on due to the F7641-81 Closed Case Endeavors.                    (Order Requested)

May you order a (Stay of Case) until I get designated to a USP or FCI – that which, I can continue my legal entities on 1191-07-CV Case. I believe by me being held here is to throw the courts off due to me not able here to response. Also by B.O.P. A. Faller in Texas – Having my legal works – and Court Documents removed from my property and deprive to have control over my legal endeavors concerning this case. Or may this court locate me by phone to contact USP Lewisburg to have me talk with you by phone. Or order them at DSCC in Grand Prairie Texas – A. Faller to release me from this holdover and return me back to USP Canaan where I was before he move me intentionally without real cause. He, is aware I have these legal issues in court and done this movement to distort/deprive me from continuing.

(2)

Certificate of Service

I truly ask to court to acknowledge that I wish to be designated and have a "stay of my case CV-1191-07 until they A. Faller places me back in an Institution suitable for my legality issues can be address w/o Delay I have mailed this letter through second party, to get this notice to this Honorable Judge and court for CV-1191-07 and civil case 2140-CV-06 on the Day 1st and this month of November 2007.

Respectfully Submitted

_____
Maurice Ceasar* 09747-007

From: Jewel Jones Bey Reg# 00678-007

To: Honorable Judge/Law Clerk

I Jewel Jones Bey registration number 00678-007 am mailing this out a letter to you in lieu of Maurice Caesar registration number 07947-007 who is having difficulty getting his mail out (per)(a) B.O.P. retaliating on him.

Respectfully Submitted

00678-007
Jewel Jones Bey