IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAURICE CEASAR )<br>)<br>     Plaintiff, )<br>)<br>v.                                               )<br>)<br>D.C. FEDERAL BUREAU OF PRISON IN )<br>LIEU OF; DESIGNATION AND SENTENCE )<br>COMPUTATION CENTER, LEGAL )<br>INSTRUMENT EXAMINERS )<br>)<br>     Defendant. )<br>) | Civil Action No. 07-1191 (PLF) |

### DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a further Enlargement of Time up to and including December 14, 2007 to reply to plaintiff's "Response to Defendant's Motion of Points and Authority and Motion to Continue Civil Action Complaint in the District of Columbia, To be Construe Under 42 U.S.C. 1983 Bivens, and 28 U.S.C. 1331 Civil Rights Due State and Federal Officials". Plaintiff could not be reached to ascertain his views on this Motion because he is incarcerated.

The additional time is requested because the Agency has been unable to complete the coordination for the filing of a Supplemental Declaration in this case.  The Agency Counsel is coordinating the information in the Declaration with other Agency employees at the Designation and Sentence Computation Center in Grand Prairie, Texas. Once the information from the Agency is received, counsel can complete the discussions and review for the filing of defendant's response.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

                      Respectfully submitted,

                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                      United States Attorney

                      /s/
                      RUDOLPH CONTRERAS, D.C. Bar # 434122
                      Assistant United States Attorney

                      /s/
                      WYNEVA JOHNSON, DC Bar #278515
                      Assistant United States Attorney
                      555 4th Street, N.W., Room E - 4106
                      Washington, D.C. 20530
                      (202) 514-7224

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of November, 2007, that a copy of the Defendant's Motion for Further Enlargement of Time was filed and served by First-Class mail; postage prepaid to:

**MAURICE, CEASAR**
**REG. 09747-007**
**P.O. Box 300**
**Waymart, PA**
    **18472-300**

                              __/s/_____
                              WYNEVA JOHNSON
                              Assistant United States Attorney
                              555 4th Street, NW, E-4106
                              Washington, D.C. 20530
                              (202) 514-7224

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAURICE CEASAR  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>D.C. FEDERAL BUREAU OF PRISON IN  )<br>LIEU OF; DESIGNATION AND SENTENCE  )<br>COMPUTATION CENTER LEGAL  )<br>INSTRUMENT EXAMINERS  )<br>)<br>Defendant.  )<br>) | Civil Action No. 07-1191 (PLF) |

**ORDER**

UPON CONSIDERATION OF Defendant's Motion for Further Enlargement of Time, any Opposition thereto and for good cause shown, it is hereby

ORDERED that Defendant's Motion for Further Enlargement of Time is GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies:

WYNEVA JOHNSON  
Assistant United States Attorney  
555 4th Street, E- 4106  
Washington, D.C. 20530

MAURICE CEASAR  
Reg 09747-007  
P.O. Box 300  
Waymart, PA 18472-300