# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
MAURICE CEASAR,               )
                                       )
                                       )
               Plaintiff ,         )
                                       )
          v.                  )
                                       )     Civil Action No. 07-1191(PLF)
                                       )
BUREAU OF PRISONS, et al     )
                                       )
                                       )
              Defendants.    )
_____)

## DEFENDANTS' REPLY  TO PLAINTIFF'S
## "RESPONSE TO DEFENDANTS MOTION OF POINTS AND AUTHORITY AND MOTION TO CONTINUE CIVIL ACTION COMPLAINT IN THE DISTRICT OF COLUMBIA, TO BE CONSTRUE (SIC) UNDER 42 U.S.C. 1983 BIVENS, AND 28 U.S.C. 1331 CIVIL RIGHTS DUE  STATE AND FEDERAL OFFICIALS"

## I.    Introduction

      Plaintiff is District of Columbia Code offender Maurice Ceasar, who is in Bureau of Prisons ("BOP") custody at the Federal Correctional Institution (FCI) Allenwood in White Deer, Pennsylvania.  (Ex. 1, Public Information Inmate Data for Plaintiff at 001, Dec. 13, 2007.) Plaintiff committed his initial offense on December 30, 1981, violating D.C. Code 22-501, Assault with the Intention to Commit Robbery while Armed.  (Ex. 1 at 003.)  Plaintiff was arrested on June 30, 1983, and sentenced to 4 to 20 years on August 15, 1983, in the Superior Court for the District of Columbia, docket number F7641-81.

II.     **Nature of the Claim**

Plaintiff filed this complaint, alleging that a sentence miscomputation has led him to serve time beyond the 20 year sentence imposed in F7641-81.  In his Response to "Defendants Motion of Points and Authority and Motion to Continue Civil Action Complaint in the District of Columbia, to be Construe  Under 42 U.S.C. 1983 Bivens, and 28 U.S.C. 1331 Civil Rights Due State and Federal Officials",  Plaintiff alleges that the BOP did not calculate his sentence correctly which resulted in an incorrect release date of 2015.  In particular, Plaintiff alleges that he should have served the 20 year D.C. sentence F-7641-81 from 1983 to 2003, but instead continues to serve time for F-7641-81 because the BOP added on 10 years.  (Pl.'s Resp. to Def.'s Mot. at 2.)

Plaintiff characterizes his action as a Bivens claim. Plaintiff's claim, however, is one in habeas because he is challenging his sentence. As we set forth below, a review of Plaintiff's sentence computation accurately reflects Plaintiff's release date is in 2015. (See Ex. 2, Second Declaration of Augustus Faller, December 10, 2007)

On October 17, 2007, this Court ordered that Plaintiff file an amended complaint. Plaintiff has failed to file an amended complaint. Thus, Defendants are refiling their Motion to Dismiss on this date.

Plaintiff, however, has filed other pleadings before this Court which allege that  he is being transferred in retaliation for this claim before the court.  See docket entries 21 & 22. Plaintiff's claims are without merit.

The BOP transfers inmates pursuant to its authority under 18 U.S.C. 3621 and 28 C.F.R. § 0.96 (c).  Pursuant to this authority , Plaintiff has been transferred since this action began in

order to facilitate a local hearing.  He was transferred from his prior designation at United States

Penitentiary (USP) Canaan on October 23, 2007, and placed at USP Lewisburg as a holdover

awaiting transfer for the local hearing.  On November 6, 2007, Plaintiff was designated to FCI

Allenwood for the local hearing.  As Operations Manager, Augustus Faller is not responsible or

involved in the movement or transfer of Plaintiff or any inmate.  (Ex. 2, ¶ 10, Second Declaration

of Augustus Faller, December 10, 2007.)

## ARGUMENT

**III.    Plaintiff's Sentence Has Been Calculated Correctly**

As set forth in the attached December 10, 2007 declaration by BOP Operations

Manager, Augustus Faller, Plaintiff's history of multiple parole violations lengthened his term in

custody.  (Ex. 2, ¶ 4.)   Plaintiff was first paroled in 1987. He violated parole in 1992, 1995,

1996, 2003 and 2004 and  he was not credited with that street time. (Ex. 2, ¶ 4.)

A District of Columbia parole violator must serve the balance of the sentence as it existed

at the time of release with no benefit for street time.  United States Parole Comm'n v. Noble, 711

A.2d 85, 85 (D.D.C. 1998).[1]  When a person's parole is revoked, "time that the person spent on

parole before revocation cannot be credited against his sentence."  Id.  In Noble, the court applied

the federal law standard to D.C. inmates.  United States Parole Comm'n v. Noble, 693 A.2d 1084

(D.D.C. 1997).

---

[1] Plaintiff incorrectly cites Sellers v. Bureau of Prisons as favorable to his case.  959 F.2d 307 (D.D.C. 1992).  Sellers involves an inmate who made a Privacy Act claim when incorrect information in his pre-sentence report was used in his parole eligibility hearing.  When the information was marked as disputed in his file, rather than verified, the Court found that the Privacy Act requires that agencies maintain records with accuracy to ensure fairness to individuals.  Id. at 312.  Sellers does not apply because Plaintiff does not make a Privacy Act claim.  More importantly, Plaintiff's sentence computation has been verified as accurate starting from the date of sentence.  (Ex. 2, ¶¶ 3, 6; See generally Ex. 1.)

Plaintiff's 20 year sentence in F-7641-81 beginning in 1983 did not end in 2003 because the time Plaintiff spent serving parole out of the institution did not count toward his sentence each time his parole was revoked.  (Ex. 2, ¶ 4.)  For example, the time Plaintiff spent serving parole from when he was first paroled on March 16, 1987, and first arrested on a Parole Violation Warrant on May 11, 1992, did not count toward his sentence.

Plaintiff alleges that his 20 year sentence should have ended in 2003. On November 10, 2003, however, Plaintiff had 3,991 days remaining to serve due to the aggregate days of parole violations.  (Ex. 2, ¶ 4.)  Plaintiff's projected satisfaction date in F-7641-81 is January 19, 2012,[2] and his release date is in 2015 due to additional convictions.  (Ex. 2, ¶ 7).

## IV.     Plaintiff Did Escape from a Residential Re-entry House in Washington D.C.

On October 24, 2005, Plaintiff was furlough transferred to Hope Village, a contract residential re-entry center (RRC) in Washington, D.C., to serve time in D.C. sentence F-7641-81. The transfer was authorized by the BOP's Baltimore Residential Re-entry office in Annapolis, Maryland.  In his Response to Defendants' Motion, Plaintiff disputes that he was furlough transferred to Baltimore Re-entry Residential Center, claiming he was never housed in the city of Baltimore.  Both the original Motion to Dismiss and Declaration of Augustus Faller mistakenly name the Baltimore Residential Re-entry Center as Plaintiff's placement site.  More accurately,

---

[2] Defendant's Motion to Dismiss noted a satisfaction date of November 20, 2011, the correct date at the time of that filing.  (Memo in Support of Mot. To Dismiss, Oct. 12, 2007 at 6.)  Since that date, Plaintiff's sentence has been recalculated, and Plaintiff's satisfaction date is now January 19, 2012.  (Ex. 1 at 005.)  After the initial computation, sentences are recalculated to reduce or extend computations according to documentation showing a change occurred.  BOP Program Statement 5800.14, §§ 502, 502(h), Inmate Systems Management Manual, Dec. 30, 2006.  In this case, the disciplinary hearing officer relayed information to the Designation and Sentence Computation Center that Plaintiff forfeited 60 days of good time due to his placement on escape status.

the Baltimore Residential Re-entry office, through the BOP, placed Plaintiff in Hope Village

RRC in Washington, D.C. on October 24, 2005. (Ex. 3, Declaration of DeWayne Hendrix, ¶¶ 3-

4; Ex. 2, ¶ 6.) Plaintiff was designated to Hope Village RRC located in Washington, D.C. He

was not designated to an RRC in Baltimore.

Plaintiff was arrested on May 17, 2006, after escaping from Hope Village on December 9,

2005. Plaintiff was not charged criminally by the D.C. Superior Court for escape, but was placed

on escape status for 186 days after he walked away from a facility. (Ex. 2, ¶ 8.) As a result, the

United States Parole Commission revoked his parole effective date and continued him in F-7641-

81 until his expiration date. (Ex. 2, ¶ 8.)

## V.    The Relief Plaintiff Seeks Can Only be Gained through Habeas

Plaintiff seeks relief based on a Bivens civil rights action. This claim, however, is a

habeas action couched as a civil rights action. An inmate cannot use a § 1983 action to challenge

"the fact or duration of his confinement." Preiser v. Rodriguez, 411 U.S. 475, 489 (1973); cf.

Anyanwutaku v. Moore, 151 F.3d 1053, 1056 (D.D.C. 1998) (citing Heck v. Humphrey, 512

U.S. 477 (1994); Edwards v. Balisok, 520 U.S. 641 (1997)). When the relief sought is a

"speedier release," he must seek federal habeas corpus relief (or appropriate state relief).

Anyanwutaku, 151 F.3d at 1056. Here, Plaintiff seeks relief from his term of incarceration,

alleging he is being held 10 years beyond his 20 year sentence in D.C. sentence F-7641-81.

Plaintiff in essence challenges the lost time he spent on parole due to parole violations. He seeks

relief from "the fact or duration of his confinement," and his exclusive remedy is a habeas action.

Thus, a Bivens action is not the proper vehicle to address a habeas claim and his claim under

Bivens should be denied. See Defendants' Motion to Dismiss.

## **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that this Court dismiss

Plaintiff's action.


Respectfully submitted,


_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
 United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


__/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530


Of Counsel:
Delaine Martin Hill
Sarah M. Schuh
Office of General Counsel
Bureau of Prisons

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of December, 2007, that a copy of the

Defendant's Reply to Plaintiff's Memorandum was filed and served by First-Class mail; postage

prepaid to:

**Mauarice Ceaser**
**#09747-007**
**Allenwood FCI A-1 Unit**
**White Deer, PA 17887- 2000**

\_\_\_/s/_____
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, NW, E-4106
Washington, D.C. 20530
(202) 514-7224

Exhibit 1

```
 BOPG8          *      PUBLIC INFORMATION      *    12-13-2007
 PAGE 001       *         INMATE DATA          *    14:58:34
                       AS OF 12-13-2007

 REGNO..: 09747-007 NAME: CEASAR, MAURICE

              RESP OF: ALM / DESIGNATED, AT ASSIGNED FACIL
              PHONE..: 570-547-7950    FAX: 570-547-7751
                                       RACE/SEX...: BLACK / MALE
                                       AGE: 47
 PROJ REL MT: GOOD CONDUCT TIME RELEASE  PAR ELIG DT: N/A
 PROJ REL DT: 07-13-2015                 PAR HEAR DT:
 --------------------------- ADMIT/RELEASE HISTORY ---------------------------
 FCL     ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
 ALM     A-DES      DESIGNATED, AT ASSIGNED FACIL 11-30-2007 1406 CURRENT
 ALM     ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 11-30-2007 1210 11-30-2007 1406
 ALM     A-DES      DESIGNATED, AT ASSIGNED FACIL 11-06-2007 0709 11-30-2007 1210
 B01     RELEASE    RELEASED FROM IN-TRANSIT FACL 11-06-2007 0709 11-06-2007 0709
 B01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-06-2007 0521 11-06-2007 0709
 LEW     HLD REMOVE HOLDOVER REMOVED               11-06-2007 0521 11-06-2007 0521
 LEW     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 10-23-2007 1153 11-06-2007 0521
 8-C     RELEASE    RELEASED FROM IN-TRANSIT FACL 10-23-2007 1153 10-23-2007 1153
 8-C     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-23-2007 0930 10-23-2007 1153
 CAA     TRANSFER   TRANSFER                       10-23-2007 0930 10-23-2007 0930
 CAA     A-DES      DESIGNATED, AT ASSIGNED FACIL 05-01-2007 0905 10-23-2007 0930
 B24     RELEASE    RELEASED FROM IN-TRANSIT FACL 05-01-2007 0905 05-01-2007 0905
 B24     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-01-2007 0550 05-01-2007 0905
 LEW     HLD REMOVE HOLDOVER REMOVED               05-01-2007 0550 05-01-2007 0550
 LEW     A-HLD      HOLDOVER, TEMPORARILY HOUSED  04-30-2007 1719 05-01-2007 0550
 3-D     RELEASE    RELEASED FROM IN-TRANSIT FACL 04-30-2007 1719 04-30-2007 1719
 3-D     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-30-2007 1717 04-30-2007 1719
 CDC     ADMIN REL  ADMINISTRATIVE RELEASE        04-30-2007 1717 04-30-2007 1717
 CDC     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 04-24-2007 1303 04-30-2007 1717
 0-X     RELEASE    RELEASED FROM IN-TRANSIT FACL 04-24-2007 1303 04-24-2007 1303
 0-X     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-23-2007 1300 04-24-2007 1303
 CDC     ADMIN REL  ADMINISTRATIVE RELEASE        04-23-2007 1300 04-23-2007 1300
 CDC     A-ADMIN    ADMINISTRATIVE ADMISSION      04-23-2007 1200 04-23-2007 1300
 9-L     RELEASE    RELEASED FROM IN-TRANSIT FACL 04-23-2007 1200 04-23-2007 1200
 9-L     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-04-2007 1401 04-23-2007 1200
 DSC     ADMIN REL  ADMINISTRATIVE RELEASE        04-04-2007 1301 04-04-2007 1301
 DSC     A-ADMIN    ADMINISTRATIVE ADMISSION      04-04-2007 1300 04-04-2007 1301
 9-L     RELEASE    RELEASED FROM IN-TRANSIT FACL 04-04-2007 1400 04-04-2007 1400
 9-L     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-04-2007 0933 04-04-2007 1400
 DSC     ADMIN REL  ADMINISTRATIVE RELEASE        04-04-2007 0833 04-04-2007 0833
 DSC     A-ADMIN    ADMINISTRATIVE ADMISSION      04-04-2007 0828 04-04-2007 0833
 CDC     ESCAPE     ESCAPE                         11-11-2005 0900 04-04-2007 0828
 CDC     A-DES      DESIGNATED, AT ASSIGNED FACIL 10-25-2005 1110 11-11-2005 0900
 6-J     RELEASE    RELEASED FROM IN-TRANSIT FACL 10-25-2005 1110 10-25-2005 1110
 6-J     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-24-2005 1416 10-25-2005 1110
 EDG     FURL TRANS FURL W/UNESCORTED TRF TO A CCC 10-24-2005 1416 10-24-2005 1416


 G0002      MORE PAGES TO FOLLOW . . .
```

```
  BOPG8          *        PUBLIC INFORMATION       *     12-13-2007
PAGE 002         *           INMATE DATA           *     14:58:34
                          AS OF 12-13-2007

REGNO..: 09747-007 NAME: CEASAR, MAURICE

                 RESP OF: ALM / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 570-547-7950   FAX: 570-547-7751
EDG   A-DES       DESIGNATED, AT ASSIGNED FACIL 02-25-2005 1315 10-24-2005 1416
EDG   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  02-18-2005 1200 02-25-2005 1315
EDG   A-DES       DESIGNATED, AT ASSIGNED FACIL 01-26-2005 1000 02-18-2005 1200
B03   RELEASE     RELEASED FROM IN-TRANSIT FACL 01-26-2005 1000 01-26-2005 1000
B03   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-26-2005 0612 01-26-2005 1000
ATL   HLD REMOVE  HOLDOVER REMOVED              01-26-2005 0612 01-26-2005 0612
ATL   A-HLD       HOLDOVER, TEMPORARILY HOUSED  12-14-2004 1928 01-26-2005 0612
3-W   RELEASE     RELEASED FROM IN-TRANSIT FACL 12-14-2004 1928 12-14-2004 1928
3-W   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-02-2004 1057 12-14-2004 1928
MXR   ADMIN REL   ADMINISTRATIVE RELEASE        11-02-2004 1057 11-02-2004 1057
MXR   A-ADMIN     ADMINISTRATIVE ADMISSION      11-02-2004 1045 11-02-2004 1057
BUH   PAROLE      PAROLE FROM PAR COM OR CT     11-10-2003 0853 11-02-2004 1045
BUH   A-DES       DESIGNATED, AT ASSIGNED FACIL 05-22-2003 1128 11-10-2003 0853
8-A   RELEASE     RELEASED FROM IN-TRANSIT FACL 05-22-2003 1128 05-22-2003 1128
8-A   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-22-2003 1017 05-22-2003 1128
RIV   TRANSFER    TRANSFER                      05-22-2003 1017 05-22-2003 1017
RIV   A-DES       DESIGNATED, AT ASSIGNED FACIL 08-29-2002 1225 05-22-2003 1017
B20   RELEASE     RELEASED FROM IN-TRANSIT FACL 08-29-2002 1225 08-29-2002 1225
B20   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-29-2002 1045 08-29-2002 1225
PEM   HLD REMOVE  HOLDOVER REMOVED              08-29-2002 1045 08-29-2002 1045
PEM   A-HLD       HOLDOVER, TEMPORARILY HOUSED  08-28-2002 1652 08-29-2002 1045
0-X   RELEASE     RELEASED FROM IN-TRANSIT FACL 08-28-2002 1652 08-28-2002 1652
0-X   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-15-2002 1628 08-28-2002 1652
CDC   ADMIN REL   ADMINISTRATIVE RELEASE        08-15-2002 1628 08-15-2002 1628
CDC   A-ADMIN     ADMINISTRATIVE ADMISSION      08-15-2002 1601 08-15-2002 1628
BOP   DCOB REL    REL FROM D.C. OFFENDER BRANCH 05-03-2001 1513 08-15-2002 1601
BOP   A-DCOB      ADMIT TO D.C. OFFENDER BRANCH 04-18-2000 0853 05-03-2001 1513




G0002        MORE PAGES TO FOLLOW . . .
```

```
  BOPG8          *        PUBLIC INFORMATION       *    12-13-2007
PAGE 003         *          INMATE DATA            *    14:58:34
                            AS OF 12-13-2007

REGNO..: 09747-007 NAME: CEASAR, MAURICE

                RESP OF: ALM / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-547-7950    FAX: 570-547-7751
PRE-RELEASE PREPARATION DATE: 01-13-2015

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-13-2015 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F7641-81
JUDGE...........................: MURPHY
DATE SENTENCED/PROBATION IMPOSED: 08-15-1983
DATE WARRANT ISSUED.............: 03-26-2004
DATE WARRANT EXECUTED...........: 08-10-2004
DATE COMMITTED..................: 11-09-2004
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO  SERVICES:  NO         AMOUNT: $00.00

---------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 644
OFF/CHG: ASSAULT WIT COMMIT ROBBERY W/ARMED

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:   20 YEARS
 NEW SENTENCE IMPOSED...........:  3688 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 12-30-1981




 G0002      MORE PAGES TO FOLLOW . . .
```

```
  BOPG8           *          PUBLIC INFORMATION        *      12-13-2007
PAGE 004          *             INMATE DATA            *      14:58:34
                                AS OF 12-13-2007

REGNO..: 09747-007 NAME: CEASAR, MAURICE

                    RESP OF: ALM / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-547-7950   FAX: 570-547-7751
------------------------CURRENT COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 11-08-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-09-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010

DATE COMPUTATION BEGAN..........: 08-10-2004
TOTAL TERM IN EFFECT............: 3688 DAYS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS      1 MONTHS       5 DAYS
EARLIEST DATE OF OFFENSE........: 12-30-1981

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    08-09-2004     08-09-2004

INOPERATIVE TIME........: REASON   FROM DATE      THRU DATE
                          ESCAPE   11-12-2005     05-16-2006

TOTAL JAIL CREDIT TIME..........: 1
TOTAL INOPERATIVE TIME..........: 186
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1211
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 11-23-2011
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 09-19-2014
EXPIRATION FULL TERM DATE.......: 03-18-2015




G0002      MORE PAGES TO FOLLOW . . .
```

```
  BOPG8          *          PUBLIC INFORMATION          *     12-13-2007
PAGE 005         *              INMATE DATA             *     14:58:34
                             AS OF 12-13-2007

REGNO..: 09747-007 NAME: CEASAR, MAURICE

                    RESP OF: ALM / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 570-547-7950    FAX: 570-547-7751

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

PROJECTED SATISFACTION DATE.....: 01-19-2012
PROJECTED SATISFACTION METHOD...: MAND REL
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPG8            *        PUBLIC INFORMATION        *     12-13-2007
PAGE 006         *          INMATE DATA             *     14:58:34
                            AS OF 12-13-2007

REGNO..: 09747-007 NAME: CEASAR, MAURICE

                RESP OF: ALM / DESIGNATED, AT ASSIGNED FACIL

PRE-RELEASE PREPARATION DATE: 01-13-2015

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-13-2015 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 040 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 2006 CF3 9216
JUDGE...........................: DIXON
DATE SENTENCED/PROBATION IMPOSED: 01-11-2007
DATE COMMITTED..................: 01-11-2007
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $00.00         $00.00          $00.00       $250.00

RESTITUTION...: PROPERTY: NO  SERVICES:  NO        AMOUNT: $00.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 605
OFF/CHG: 22-1801(B), 2ND DEGREE BURGLARY

 SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   24 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO 050
 DATE OF OFFENSE................: 05-09-2006

----------------------CURRENT JUDGMENT/WARRANT NO: 050 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 2006 CF3 9217
JUDGE...........................: DIXON
DATE SENTENCED/PROBATION IMPOSED: 01-11-2007
DATE COMMITTED..................: 01-11-2007
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO




G0002       MORE PAGES TO FOLLOW . . .
```

```
  BOPG8          *        PUBLIC INFORMATION       *      12-13-2007
  PAGE 007       *           INMATE DATA           *      14:58:34
                           AS OF 12-13-2007

  REGNO..: 09747-007 NAME: CEASAR, MAURICE

                  RESP OF: ALM / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 570-547-7950   FAX: 570-547-7751
               FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
  NON-COMMITTED.: $00.00         $00.00       $00.00     $350.00

  RESTITUTION...:  PROPERTY: NO  SERVICES:  NO       AMOUNT: $00.00

  ------------------------CURRENT OBLIGATION NO: 010 ------------------------
  OFFENSE CODE....: 605
  OFF/CHG: 22-1801(B), 2ND DEGREE BURGLARY

    SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
    TERM OF SUPERVISION............:     3 YEARS
    RELATIONSHIP OF THIS OBLIGATION
     TO OTHERS FOR THE OFFENDER....: CS TO 040
    DATE OF OFFENSE................: 05-10-2006

  ------------------------CURRENT COMPUTATION NO: 040 ------------------------

  COMPUTATION 040 WAS LAST UPDATED ON 11-08-2007 AT DSC AUTOMATICALLY
  COMPUTATION CERTIFIED ON 11-09-2007 BY DESIG/SENTENCE COMPUTATION CTR

  THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
  CURRENT COMPUTATION 040: 040 010, 050 010

  DATE COMPUTATION BEGAN..........: 01-19-2012
  AGGREGATED SENTENCE PROCEDURE...: DC SRAA ADULT AGGREGATE SENTENCE
  TOTAL TERM IN EFFECT............:    48 MONTHS
  TOTAL TERM IN EFFECT CONVERTED..:     4 YEARS
  AGGREGATED TERM OF SUPERVISION..:     3 YEARS
  EARLIEST DATE OF OFFENSE........: 05-09-2006

  JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                     05-10-2006   05-10-2006

  G0002      MORE PAGES TO FOLLOW . . .
```

```
  BOPG8           *         PUBLIC INFORMATION        *      12-13-2007
  PAGE 008        *             INMATE DATA           *      14:58:34
                               AS OF 12-13-2007

  REGNO..: 09747-007 NAME: CEASAR, MAURICE

                       RESP OF: ALM / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 570-547-7950   FAX: 570-547-7751
  TOTAL PRIOR CREDIT TIME.........: 1
  TOTAL INOPERATIVE TIME..........: 0
  TOTAL GCT EARNED AND PROJECTED..: 188
  TOTAL GCT EARNED................: 0
  STATUTORY RELEASE DATE PROJECTED: 07-13-2015
  SIX MONTH /10% DATE.............: N/A
  EXPIRATION FULL TERM DATE.......: 01-17-2016


  PROJECTED SATISFACTION DATE.....: 07-13-2015
  PROJECTED SATISFACTION METHOD...: GCT REL
```

```
  G0002      MORE PAGES TO FOLLOW . . .
```

```
  BOPG8         *        PUBLIC INFORMATION        *    12-13-2007
PAGE 009        *            INMATE DATA           *    14:58:34
                           AS OF 12-13-2007

REGNO..: 09747-007 NAME: CEASAR, MAURICE

                 RESP OF: ALM / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  11-10-2003 VIA PAROLE

-------------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F7641-81
JUDGE..........................: MURPHY
DATE SENTENCED/PROBATION IMPOSED: 08-15-1983
DATE WARRANT ISSUED............: 01-16-2002
DATE WARRANT EXECUTED..........: 01-12-2003
DATE COMMITTED.................: 12-31-2002
HOW COMMITTED..................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED..............: NO
SPECIAL PAROLE TERM............:


RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

--------------------------PRIOR OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  644
OFF/CHG: ASSAULT WIT COMMIT ROBBERY W/ARMED

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:   20 YEARS
 NEW SENTENCE IMPOSED...........:  3991 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 12-30-1981




G0002      MORE PAGES TO FOLLOW . . .
```

```
  BOPG8          *        PUBLIC INFORMATION        *    12-13-2007
  PAGE 010       *           INMATE DATA            *    14:58:34
                          AS OF 11-10-2003

  REGNO..: 09747-007 NAME: CEASAR, MAURICE

                   RESP OF: ALM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-7950   FAX: 570-547-7751
  ---------------------------PRIOR COMPUTATION NO: 020 -------------------------

  COMPUTATION 020 WAS LAST UPDATED ON 05-06-2003 AT CRO AUTOMATICALLY

  THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
  PRIOR COMPUTATION 020:   020 010

  DATE COMPUTATION BEGAN...........: 01-12-2003
  TOTAL TERM IN EFFECT.............: 3991 DAYS
  TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS      11 MONTHS      4 DAYS
  EARLIEST DATE OF OFFENSE........: 12-30-1981

  TOTAL JAIL CREDIT TIME..........: 0
  TOTAL INOPERATIVE TIME..........: 0
  STATUTORY GOOD TIME RATE........: 10
  TOTAL SGT POSSIBLE..............: 1311
  PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
  STATUTORY RELEASE DATE..........: 05-14-2010
  TWO THIRDS DATE.................: N/A
  180 DAY DATE....................: 06-18-2013
  EXPIRATION FULL TERM DATE.......: 12-15-2013

  PAROLE EFFECTIVE................: 11-10-2003
  PAROLE EFF VERIFICATION DATE....: 04-17-2003
  NEXT PAROLE HEARING DATE........: N/A
  TYPE OF HEARING.................: PRESUMPTIVE PAROLE

  ACTUAL SATISFACTION DATE........: 11-10-2003
  ACTUAL SATISFACTION METHOD......: PAROLE
  ACTUAL SATISFACTION FACILITY....: BUH
  ACTUAL SATISFACTION KEYED BY....: EEH

  DAYS REMAINING..................: 3688
  FINAL PUBLIC LAW DAYS...........: 0




  G0002      MORE PAGES TO FOLLOW . . .
```

```
   BOPG8          *          PUBLIC INFORMATION          *     12-13-2007
PAGE 011          *            INMATE DATA               *     14:58:34
                               AS OF 01-12-2003

REGNO..: 09747-007 NAME: CEASAR, MAURICE

                  RESP OF: ALM / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  01-12-2003 VIA FT REL

----------------------PRIOR JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F341-02C
JUDGE...........................: CANAN
DATE SENTENCED/PROBATION IMPOSED: 07-19-2002
DATE COMMITTED..................: 08-22-2002
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $00.00         $00.00         $00.00       $100.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 641
OFF/CHG: SECOND DEGREE BURGLARY

  SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     1 YEARS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 01-13-2002




G0002       MORE PAGES TO FOLLOW . . .
```

```
  BOPG8          *         PUBLIC INFORMATION        *    12-13-2007
PAGE 012 OF 012 *            INMATE DATA             *    14:58:34
                          AS OF 01-12-2003

REGNO..: 09747-007 NAME: CEASAR, MAURICE

                   RESP OF: ALM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-547-7950   FAX: 570-547-7751
-------------------------PRIOR COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-21-2002 AT RIV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 07-19-2002
TOTAL TERM IN EFFECT............:     1 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS
EARLIEST DATE OF OFFENSE........: 01-13-2002

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                      01-13-2002    07-18-2002

TOTAL PRIOR CREDIT TIME.........: 187
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 01-12-2003
SIX MONTH /10% DATE.............: 12-08-2002
EXPIRATION FULL TERM DATE.......: 01-12-2003


ACTUAL SATISFACTION DATE........: 01-12-2003
ACTUAL SATISFACTION METHOD......: FT REL
ACTUAL SATISFACTION FACILITY....: RIV
ACTUAL SATISFACTION KEYED BY....: RLJ

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0




  G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE CEASAR,                      )
                                     )
                Plaintiff ,          )        Civil No.: 07-1191(RMC)
v.                                   )
                                     )
BUREAU OF PRISONS,                   )
                                     )
                Defendant.           )
_____     )

SECOND DECLARATION OF AUGUSTUS FALLER

1.   My name is Augustus Faller. I am currently employed by the Federal Bureau of Prisons as an Operations Manager at the Designation and Sentence Computation Center in Grand Prairie, Texas. Before assuming my present position, I worked as the Manager of the District of Columbia Records Center. I have been employed by the Federal Bureau of Prisons since August, 1989, and have worked in the area of inmate sentence computation since August, 1991. In my current position, I am responsible for the sentence computation of inmates convicted of felonies in the Superior Court of the District of Columbia.

2.   I have been assigned to review the captioned case filed by plaintiff Maurice Ceasar regarding his sentence computation.

3.   On August 15, 1983, Ceasar entered into D.C. custody. He was arrested on June 30, 1983, for violating DC Code 22-501, Assault with the Intention to Commit Robbery while Armed, on December 30, 1981. Ceasar was sentenced in the case numbered F-7641-81 on August 15, 1983, to 4 years to 20 years.

4.   Currently, Ceasar's mandatory release date for case F-7641-81 is January 19, 2012. This date is longer than merely adding 20 years to 1983 because Ceasar committed multiple parole violations which began after he was first paroled with 5,949 days remaining to serve on March 16, 1987. Ceasar was arrested on a Parole Violation Warrant on May 11, 1992, and again on September 9, 1995, moving his Expiration Full Term Date to January 10, 2011. Another parole violation arrest on April 5, 1996, adjusted his Expiration Full Term Date to 2012. Ceasar was granted parole on August 23, 2001, and arrested on January 12, 2003. Ceasar was again granted parole on November 10, 2003, with 3,991 days remaining to serve and later arrested in 2004 by a United States Parole Commission (USPC) warrant. Ceasar's current release date from BOP custody is 2015 due to additional criminal convictions.

5.    A District of Columbia parole violator must serve the balance of the sentence as it existed at the time of release with no benefit for street time. (On April 23, 1998, the District of Columbia Court of Appeals sitting en banc in <u>United States Parole Commission v. Noble</u>, 711 A.2d 85, upheld the United States Parole Commission's interpretation that § 24-206(a) requires the forfeiture of street time credit upon revocation of parole.) Prisoners who were paroled, reincarcerated as parole violators and reparoled, and then reincarcerated as a reparole violator on or after <u>Noble</u>, must have the sentence recalculated from the beginning to withdraw any street time credit that may have been awarded to any prior revocation term.

6.    On October 24, 2005, Ceasar was furlough transferred to a Baltimore Residential Re-entry Center, Hope Village, with an expiration full term date of September 13, 2014. Hope Village is a residential re-entry center located in Washington, D.C.[1]

7.    On November 11, 2005, just shy of his parole effective date of December 9, 2005, Plaintiff walked away from Hope Village. He was placed in escape status and arrested on May 17, 2006, for committing criminal offenses on May 10, 2006. On January 11, 2007, Plaintiff was sentenced by the Honorable Judge Dixon of the District of Columbia Superior Court for the offenses committed on May 10, 2006. The sentences in cases 2006 CF3 9216 and 2006 CF3 9217 are two 24-month sentences to be served consecutive. The 48 months will be served commencing at the Mandatory Release Date of F-7641-81 on January 19, 2012, and concluding in 2015. Plaintiff may receive 54 days a year good time credit for his 48 month sentence.

8.    As stated above, Plaintiff states that he was not criminally charged with escape, but was placed on escape status by the BOP. This classification, in turn, affected his release date. In response, Plaintiff had a parole effective date of December 9, 2005, but escaped from federal custody on November 11, 2005, while serving a USPC violation of parole. He was not charged criminally for escape by the District of Columbia Superior Court, but was placed on escape status for 186 days. The USPC revoked his parole effective date and continued him until his expiration date, currently January 19, 2012.

---

[1] In the October 9, 2007, declaration, I stated that Ceasar was placed in the Baltimore Residential Re-entry Center in 2005. The terminology was inaccurate. BOP records show Ceasar was designated to "CDC," standing for the Baltimore Community Corrections office now physically located in Annapolis, Maryland. This office designates inmates to re-entry centers throughout the Mid-Atlantic area, including Washington, D.C. One of the re-entry centers under contract is Hope Village, located at 2920 Langston Place, Southeast, in Washington, D.C. Hope Village is listed in the records as Ceasar's specific designation on October 24, 2005. As stated above, Ceasar escaped from Hope Village on December 9, 2005.

9.     In my position as Operations Manager at the Designation and Sentence Computation Center, I do not determine movement of inmates.  Records show Ceasar was transferred on October 23, 2007, and November 6, 2007, for a local hearing.  I was not involved in that move, nor will I be in future moves.

10.    I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on December 10, 2007.

AUGUSTUS FALLER
Operations Manager

Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Maurice Ceasar, )
)
Plaintiff, )
)
v. )  Civil Action No. 07-cv-00191
)
Bureau of Prisons, *et al.*, )
)
Defendants. )
_____ )

## DECLARATION OF DEWAYNE HENDRIX

I, DeWayne Hendrix, hereby declare and state the following:

1.    I am currently employed by the Federal Bureau of Prisons as the Community Corrections Manager. My business office is located at the Mid-Atlantic Regional Office (MARO) in Annapolis, Maryland. I have held this position since October 2006.

2.    The statements in this declaration are based upon my personal knowledge, belief and experience, and upon information made available to me in the course of my official duties.

3.    As the Community Corrections Manager in MARO, I manage community corrections operations. This involves monitoring state, private, and adult Residential Re-entry Centers, providing expertise in juvenile designation, serving as liaison to AUSAs on prosecutorial case statuses, investigating the integrity of contracts, and testifying in court. The Baltimore Community Corrections Office once located in Baltimore is now under my management and located at MARO in Annapolis, Maryland. The Community Corrections Office at MARO oversees 13 Residential Re-entry Centers contracted in Delaware, West Virginia, Maryland, and the District of Columbia.

4.  The Community Corrections Office at MARO contracts with the Residential Re-entry Center (RRC) Hope Village located at 2920 Langston Place, Southeast, Washington, D.C. 20020.  At Hope Village inmates prepare for release from incarceration and transition from incarceration to the community.  Maurice Ceasar, register number 09747-007, was housed at Hope Village from October 25, 2005 through November 11, 2005.  BOP records reflect that he escaped on November 11, 2005.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this _10_ th day of November 2007 in Washington, D.C.

DeWayne Hendrix

2