UNITED STATES DISTRICT OF COLUMBIA
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MAURICE CEASAR
    PLAINTIFF

CASE NO. CV- 1191-07 PLF

RECEIVED
DEC 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VS.

FEDERAL BUREAU OF PRISONS et al
    DEFENDANTS

PLAINTIFF's MOTION TO REPLY BACK TO 12/14/07
THE DEFENDANTS RESPONSE TO WHAT THERE
REPORT OF TIME ON MY F-7641-81 time
WAS BY THERE MISCALCULATION AFTER 1999
THAT THEY STILL DO NOT SHOW 1991-92/1993-95
CREDITED UNDER MAURICE DAWSON A.K.A IN
WHICH HAVE 1095 (+) days UNACCOUNTED FOR

Now comes, Plaintiff to respond to a critical matter in terms for this Honorable Court to look at, that Federal Bureau of Prisons has not yet showed cause to the fact of where this time has arrived from day to day from 1987, 1991, 1992, 1995, 1998, 2001, 2004, and 2005 out on parole; to add up to 3,991 days of forfeitured time. This motion they filed on 12/14/07 do not have merits and continue to only talk through a untrue concisement of time without showing true facts. They keep skipping over dates, days incarcerated, and jumping over D.C. Dept. of CORRECTIONS Records to disadvantage this court as well as me for showing each time I file to this HonorableCourt my statements of claims under civil rights law and to have this filed against them under U.S.C.28§1331 Bivens, and or U.S.C.42§1983...This is a civil rights issue when unfairness come into play with the liberty to have relief on an on going subject, that major errors are continuing to mislead Fderal officials and Courts by there miscalculation and false data base information on me.

To answer in response, Plaintiff charecteries his action as a Bivens claim. Plaintiff's claim, and is one in Civil Rights because I am challenging how my F-7641-81 sentence has been extended over the parole time in society amount, and how it is being extended illegally. And as I set forth below, a review of defendant's sentence computation on me is inaccurate and reflects defendants relase date on me is not 2015.

I did not received no (order) until after November 6, 2007 at a ALlenwood FCI holdover where I did not at that particular time have access

(1)

to my legal work or legal property to respond and that is still at USP Canaan as of today...and I written the COURT in lieu of that situation in my (Stay the Case) MOTION ...also I never had received the October 17, 2007 until about November 6, or 8, 2007 mailed to Allenwood from ~~Transferred from prison USP Canaan.~~

To come to FCI Allenwood ,this trnsfer was not implemented as to pursuant of what they stated in there reply to Plaintiff's motion most recently; it never stated at USP Canaan, my designation was to Allenwood FCI ,BUT only to go on a U.S. parole hearing at FMC Philadelphia,;I never gone there as you can see, that I was delayed over 27 days between USP Lewisburg and Allenwood holdovers, for no U.S. PAROLE hearings when they defendants stated in there response that I was already seen by them in 2005 to retarded to expiration of erroneous M/R date 2012-2015. And this is also according to Attorney Ivy Lange findings which I can show in letter to me, per her contacting the U.S.P.C. in 2007/November. the transfer movement still today has delayed me the right to respond in a timely fashion and my legal proprty is still at USP Canaan on this case.

IN the course of me being designated I was never to be designated at FCI A llenwood per correctionl R&D officer woodner who received me and stated coming from Lewisburg USP, that I was an add on here on 11/6/07 and there were inmates who witnessed our conversation in R&D who are still here and I have there names. I was told that I will never come out of holdover , because I was never to be designated here per transit officer and Unit Team here.And Operation manager A. Faller is responsible for the movement which it has to go through his Grandprairie office as emplo . yees at Allenwood FCI c/o R&D and Records stated.

### ARGUMENT

**Paintiff's Sentence was CalCULATED Incorrectly:**

**B.O.P.'s Operation Manager Augustus Faller Declaration is not accurate; Is a deception to cause a misleading mind, to be misled.**
A.Faller has overly charged me with what his theory ison baout my time amount and used B.O.P.'s database to do illegal sentencing computations on me. In the district D.C.Parole was giving credit for time in and time out on parole in society before U.S. Parole COMMISION 711 A2d 85 (1998) ~~CAME INTO PLAINS. This should'nt been of time already credited by D.C.~~ parole Board from 1987-1996 parole violations....In 1992-1995 I was in jail under A.K.A. MAURICE DAWSON.

PLAINTIFF's 4 yrears to 20 years in F-7641-81 beginning in 1983 shold've ended in 2003 because the time spent serving parole out of the in

Institution did exceed over 2,449 then days (1987-1998) days and D.C. Parole had a different time set for honoring parole time then counting it as time credited towards my F-7641-81 sentence. I was not (first) arrest in 1992 (per) BOP's findings, I was arrested in 1991 1st on parole violation warrant (that) then- so they defendants is incorrect on there 1992 version. My time in D.C./Parole was taken back then, So the Defendants stated. However, Its on Record by D.C. Parole and D.C. D.O.C. face sheets. However, again the Defendants are (not being) on point and skipping over years - dates - And months that they keep avoiding to credit as Jail time credit, days in 1992-1993-thru-1995 served incarcerated. They could not show any cause or charges or parole from 1987-1991 taken in 1996 & 3 years was taken by D.C. D.O.C. records of time (not honored under (AKA) Maurice Dawson to my real name Maurice Ceasar that I have done while incarcerated in 1992-1993-thru 1995.

   Defendants keep skipping (over data) in central files or just don't have available - or won't show it to this court to confirm it as Jail time credited. They continue to talk around things presented by them - but won't show how it became in 2003 - (3991 days) then (3,688 days) if that's Jail and parole time - which is also time already takened and done through 1993-1996-1998-2003-2004 by D.C. Parole Board - before U.S. Parole/B.O.P. Examiners came into plains in 1999-2003 as they only started retaken my dates of 2006 and 2008, M/R dates without any pertinent purpose to show cause. I was not in society on parole that long... They know this but continue to fit in a piece of the puzzle that do not fit; trying to convince this Honorable court to call out the (false) calculation as being so when its absolutely not. (per) Dewayne Hendrix Declaration

   To be on point, I was arrested May 9th 2006 Not May 17, 2006. And December 9, 2005, I never escaped

(3)

From No Halfway House. I wasn't even there on 12/9/05, (per) 12/14/07 (page 5.) para (1) of Dewayne Hendrix Declaration. I have given to the court attached to A. Fallers Declaration dates and accounts of when I was release on 11/11/05; Those Documents to show true instances of where I was then. But could they show reports of 12/9/05 the date of an escape by me.

I, am filing a Civil Rights Complaint and is challenging falsified Criminal Data Base (per) B.O.P.'s web site and computer Data Base of Computations on me the Plaintiff. I, am also challenging that my F-7641-81 time has expired under original Duration which (anything) over that amount which they can't show cause, I can file under Bivens -28 U.S.C. §1331 and U.S.C. 42-1983 Civil Rights application (as well as) cite Sellers vs. B.O.P. in course of the (Privacy Act) as a case cited to show there inaccuracy of Data on me and Time Computations. (Also) I can cite Fletcher vs. U.S. Parole Commission for them allying or being an allie to B.O.P.'s miscomputational events on my sentencing. I, do seek relief on these subject matters under Civil Rights in D.C. U.S. District Court and (not) to construe as a Habeas as defendants seeks and keep misleading this court with Bogus (Criminal) (Data—) on me to hold me <u>unlawfully</u>. They can not show it (Your Honor) by each way of each day I've been incarcerated and amount <u>less than</u> 3.991 days I've been out on parole - But I can show it multable times if granted this information to be thoroughly examined. I have shown in the last several months to this court, and did not (just talk it). Bivens is a proper vehicle to address under Civil Rights Claims and should move forward in proceedings. I, object what B.O.P.'s strategies are.      M. Ceasar 2007
                                                                                 Maurice Ceasar

(4)

Cause — Legally and Granted shall move towards Defendants to show my claims shall be continued to address this matter.

### Conclusion / Certificate of Service

For the foregoing reasons, Plaintiff respectfully request that this court have Defendants stop deceiving this court and show Day for Day from 1987-1991-92, 1993 and 1995 time in jail under M. Dawson and 1998-2001 time computation and after 2003 show where 3991 days and 3688 days come from in 2007 — or may this Honorable court (Vacate) any time owed under F-7641-81 (If) Defendants doesn't show an running report of Time days Incarcerated on above dates.

Respectfully Submitted
Maurice Cease 007

Maurice Ceasar
09747-007

DEC 5 † 2005

(5)

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

MAURICE CEASAR

        PLAINTIFF

                                    CASE NO. CV-1191-07 PLF

VS.

FEDERAL BUREAU OF PRISONS
DESIGNATION SENTENCE COMP.
CENTER EXAMINERS et al
               DEFENDANTS

---

RE: SUPPLEMENTAL RESEARCH FACE SHEETS DOCUMENTS:

IN RESPONSE TO DEFENDANTS 12/14/07 MOTION; TO SHOW D.C. D.O.C. FACE SHEET REQUEST TO HAVE THIS (KEY) ) EVIDENT MOTION TO -SHOW DIFFERENCES OF SHORT /MANDATORY RELEASE DATES (PER) D.C.D.O.C. FROM 1983-1999 BEFORE B.O.P. MISREPRESENTED TIME RELEASE SLOTS / OF COMPUTATION WHICH CAUSES MY 2003 date ,and 1999/2008 MANDATORY RELEASE DATE DISREGARDED FOR MY DISCHARGED...and keep asking this honorable Court Judge for enlargement of time extensions that I ask to cease; to show cause:

---

      Now Comes, Plaintiff, Maurice Caesar, after F.O.I.A. and requests for Central Files to have these legall Face Sheets documents for legal civil Case No. 1191-07. This process took long because of USP Canaan Adm. delaying my cop-out for request and that S. Wagner (unit Manager) telling me that they do not have those (face sheets) when requested in August of 2007 - and in September 2007. This I waited for - before I let the court Judge know my disposition of requests were being denied by USP Canaan Unit Manager...So these (key) evident face sheets documents be added as an support of my 1191-07 case endeavors to show a clear and concise measure of time.

      However, after 10/23/07, movement from USP Canaan on a bogus movement through B.O.P.'s transit system; I was then transferred temporary at

FCI Allenwood, in White Deer Pennsylvania - on the account of some stay until I see the U.S. Parole Commission, which I am not or was never on or been scheduled of any hearing conducted by U.S.P.C. AS your Court received this motion in lieu of this matter. How ever it was favorabl in getting a Initial Hearing Classifacation on December 6, 2007 by MRS. Foura who also let me have reviewing of Central files, and who have now after (5) months in request of those (face sheets by D.C. D.O.C. RECORDS) gave me what I needed to send to your Court at this time. And they are all the (D.C. Face Sheets) that B.O.P. RECORDS would not show cause of, to correct there (Data systems) that shows only B.O.P.'s sentence Computation sheets that is misrepresented by Examiners and Operation Manager Augustus Faller; who he and Ron Justice in 2002 started the Inaccuracy of D.C.Inmat s files, including mines.

   In this show cause of these important D.C.D.O.C. (Face Sheets) can get to the bottom of how could in 2003-2004 , and after 2005 I still have 3,991 days and in now 2007 3,688 days/? When, in 1995 I owed 3,248 days and 1996 I owed 3,650 days; In 1998 I owed 3,277 days in which that upper my release date in 1996 by 1095 days takened from d.c. d.o.c not honoring my 1991,..1993-1995 incarceration time done in JAIL under my combined A.K.A. name Maurice Dawson;., instead of them d.c.d.o.c./b.o.p. records not accepting what D.C.Superior Court and D.C. Parole Board at that time combined docket jackets under Crimnial records and under my Original name M.Ceasar. At that particular time D.C.Department of Corrections, they disregarded that jail time as being (jail time)...that I've done and misused it as (street-time) by there records which was then adopted by B.O.P. in 2002-2003, changing and updating my D.C. jail time done in under 65% Law and D.C.Parole as it was now furtherly miscorrected by d.c.d.o.c. in 1996. And, COULD HAVE BEEN CORRECTED TO RESOLVE THE MATTER AT HAND BY F.B.O.P..However, they ignored the correction of it and just created around the mistake.

   This sparks-up another core issue why they ignored my AKA name jail time as being or what it is in which it changed my original 2003 release date? AND also took A.K.A.name M.Dawson time 1095 days in jail as (street-time). So where did the 1095 days to make my release date in 1996 which was 2003 upperd then to 2006? It is obvious that D.C.Parole Board under 65% law that I came under (Did not take any Street Time from me...)

(2)

until they made it known in (1998) under noble comp.in which they only started taking 730 days = 2 years that now is added on the 2006 M/R date to make it in (1999) 2008 M/R date...that was anything,that date  woul have released me (5 years later back then) THAN the original M/R date in 2003 if I would have not came in 1991, then 1993-1995.

So therefore, If any days of 1826 days that was takened in 1996 and (1998-99) out of the 3650 days in 1998 would leave me under F-7641-81 time remaining would've been only 1,824 days owed...and not 3,688 days per thes show cause of D.C.D.O.C. RECORDS Face Sheets.   3650 days owed (1996-1998)
These days takened by D.C.D.C.-1826 days owed (1996-99) pe B.O.P.                                                 =    1824 days lefted:
So 3650 days was given in 1996, and 3277 days was owed on F-7641-81 due to the duction by d.c.d.o.c. records dept. of jail time 1996 thru 1998 time that I also done on parole violaton and drug programing  (per) D.C.Parole.
To show another example which if days are 3277 days owed (1998-99) and days takened by D.C.D.C. per B.O.P.        -1826 days owed (1996-1998)
                               equals       =    1451 lefted, remaining toda
per D.C.D.O.C. RECORDS, before B.O.P. misrepresented these computations per D.C.D.O.C. SO BY THIS TIME FROM 1998 to 8-24-2001, I spent on parole violations 832da in jail;and was to be deducted as jail time which leaves from the 1451 day: in (1998) 629 days equals 1 year and 264 days by 8-24-2001. By 2002 of Janu ary, I was arrested and incarcerated on (1 year theft charge) AND parole violation. from 1-16-02 thru 11-10-03 I was incarcerated for 706 days that went over the 629 days lefted in 2001, and by forfeitured of the 2001 paro: street time uptil 2002; it gave me (1st) a 2006 M/R date (they) then wiped it out the B.O.P. computers while at Rivers Corr. Institute which defendan gave me a date of 2008 short term and a M/R date of 2014.the defendants by this then added 1925 days. My time under F-7641-81 was originally up by 11-12-03. But by the adding of 1925 days parole street time...defendants Augustus Faller and Ron Justice per d.c.d.o.c. / b.o.p. records offices changed it and by 2003, they Illegally re-entered 2066 days on top of the 1925 days forfeitured time to make my time under F-7641-81 closed case (A new sentence)...??? that equals 3991 days at d.c. Petersburg Va. record: Dept.

From 2002 at Rivers N.C. by2003 its (1st) computation was to stay the same of M/R date 2005/2006 release date...in 2003 I would only owed after forfeitured parole time 1095 (+) days from 2003 uptil 2006...However, Ron Justice and B.O.P. Augustus Faller wiped it out of the D.C./b.o.p. computers, and gave me a (new sentence ) and computation on F-7641-81 case. For this, then changed it to in 2003 to 3991 days time was already takened c/o and was towards released m/r date in for 2006. also then 2190 days by d.c.d.o.c. 1999 was implemented, that was to give me, as they are added together 3285 days and those days would've ended any more time in jail and on parole on 2008 M/R date.

However, Ron Justice and D.C.records A.Faller Implemented by 2004 11 more years per b.o.p. database systems, making F-7641-81 3991 days remaining. this caused the illegal time computation; from time out of nowhere and to either gave no deductions while I was incarcerated on parole violati -N's- nor credit me jail time if they were to give me any extension while incarcerated by law...that could be the only way they can hold me illegally until 2014...then now 2016??? This is a Federal Question of where this time keep popping up from... when it is obvious that I have not been in society on parole that long???? accordingly to (time table) I have gave to this Court Judge to verify.

This absolutely does'nt give, an accuracy of where the 2066days came from . This illegally time disparity now gave me 3991 days..In 2002/2003 of 2066 days of it at, this era of time should'nt exist in 2003, after 1999-2007; that amount has been already done and takened then 1995,1996, 1998, 2002.

### The Miscounted time by D.C. / B.O.P. RECORDS Dept.

These days were misrepresnted and mis-calculated by their inaccurate math and hold on me, and   me being in from Jan. 2002 and 11/03 the days remaining would have not been 3285 days after there misleading computation on F-7641-81 closed case. However, again the defendants only credited me 303 days and not the 706 days done from 1-16-02 to 11-10-03; instead gave me 3991 days (STILL) by there erroneous computation ...(NOW) today making me do

these days now on another new sentence from 2004 (F-7641-81) to 2016. In 8-2004 to 11-2005 days time in jail was 489 days equals 1 year- 120 days, in which time stopped or was closed out. But from 4-2007 was re-entered by B.O.P. in Grandprairie Texas dsccc Dept. Also, that by re-entering 3688 days, they never deducted the 489 days under miscompueted new sentence again for F-7641-81 closed case that the defendents has continued to hold me over the 1983 -2003 original M/R datethat was takened; and then 1996/200 M/R date then takened by D.C.D.O.C. / B.O.P. and then 1998-99/2008 M/R date that took parole street time under d.c.d.o.c. in Petersburg Va.and B.O.P. records . These time sentencing computation face sheets slots was taken two time s by D.C. of parole time done in society that was'nt never no (3991) DAYS or 3688 days as to a new sentencing/'s caused misleading database thru B.O.P. records  to hold me longer in prison under a 4 yrs. to 20 yrs. sentence that has expired long ago... under its original Judgment and Commitment (duration) of sentence given by Judge Tim Murphy and Reggie Walton in 1983-thru-2003.

   I ask in respect of this Honorable Court Judge , may it see through the confusing contents as wellas the true accuracy of how I became to do illegal continuing of a sentence duratio n that has went tripley over its mandatory release dates. I ask this Honorable Judge andcourt to see before the miscalculation and miscounted time on F-7641-81 that I could have been released on M/R dates of 2003, then 2005, and then 2006,or 2008.

I ask this Court to see at the change and miscalculation that it is so, insuffient after I was not credited the jail time incarcerated from 1991, -1993-1995 under A.K.A.Maurice Dawson. And how B.O.P. D.C. Rcords Ron Justice/ and A. Faller continued to mislead the federal agencies  per B.O.P. 's database systems with erroneous false updated sentence computations on me and sent the false data of the 3991 days and 3688 days to others .... under the U.S.Dept. of Justice to accept it as being accurate, but it is no

   I ask that this Honorable Court Judge to recognize that all these different M/R dates has unjustifiabley caused my data in the computers of the B.O.P.  to not be official and to be in a unfavorable light, after 2006 and 2007 by me (STIIL) owing 3688 days added to 4 yrs. to 20 yrs. (that) gives mean unlawful detention of 30 years with out a Court Judge sentencing me to that time amount....

May all the D.C. D.O.C. FACE sheets be accepted as in part of my filing of the cv 1191-07 case docket because of the (key evident) and role of my case argument so that the Judge could see how I would've been off this F-7641-81 sentence in 2003 or 2006 or 2008 M/R dates before B.O.P.-D.C.D.O.C. Records in Grandprairie Texas has misrepresented this whole sentence structure from 2002, 2003, 2004, and now 2007-2008 going into. May it be recognized as evidents of the legal D.C.D.O.C. Face Sheets to this court and in this 1191-07 case to (Vacate) on F-7641-81 closed case finally.

### Certificate of Service

I, Maurice Ceasar, plaintiff wishes for this Honorable Court to acknowledge the Pro 'se work and research of how I can continue to show cause of how I am still doing over the amount of closed case F-764181. This has became a Fedral Question due to all circumstances involved. May in this motion and it's attachments of D.C. Department of Corrections Face Sheets that this Honorable Court and Judge will find in complete of this cv 1191-07 case...so it may be (Vacated). I took the privilege to mail this by Certified Mailing to this U.S. District Court on ___18th___ day of _December_ 2007.

RESPECTFULLY SUBMITTED

_/s/ M Ceasar_
MAURICE CEASAR #09747-007

**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**FACE SHEET No. 2**

Date Prepared: 11-17-83 (Mo., Do., Yr.)

| DCDC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 20880 | CEASER, MAURICE | B | M |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | 22 | 2-8-61 | D.C. |

| Field | Value |
|---|---|
| Offense | TOTAL SENTENCE : 4-20 YEARS LESS 46 DAYS  <br> ATT C/ROBBERY W/ARMED |
| Case Number | F-7641-81C, D, & E |
| Sentence (Yrs, Mos, Days) | 4-20 YRS EA. CONC. |
| Warrant Executed / Sentence Begins (Mo, Do, Yr) | 6-15-83 |
| Full Term Date (Mo, Do, Yr) | 6-29-2003 |
| Short Term / M.R. Date (Mo, Do, Yr) | 1-6-1998 |
| Parole Eligibility Date (Mo, Do, Yr) | 6-29-1987 |
| Max Supervision Date (Mo, Do, Yr) | 11-31-2002 |
| Potential Good Time Per Month | 2,400 DAYS |
| Plea | NOT GUILTY |
| Committing Judge | MURPHY |
| Defense Attorney | |
| Handled By | JWC |

**DETAINERS**

| Date Filed | For | Action |
|---|---|---|
| | | |

**CONDUCT CREDITS**

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| | | | | |

**JAIL CREDIT DATES**

| From and Including | To and Including | REMARKS |
|---|---|---|
| 6-30-83 | 8-14-83 — 46 DAYS | |

ADP Form 55 DCDC-7-70

**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**FACE SHEET No. 2**

PDID# 348-504

Date Prepared: 12-31-86 (Mo., Da., Yr.)

| DCDC Number | Name (Last, First, Middle) | | | | | Race | Sex |
|---|---|---|---|---|---|---|---|
| 228880 | CEASER, Maurice | | | | | B | M |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date 2-8-61 | Place of Birth DC |

| Offense | Total Sentence: 42mos. to 20yrs. less 46days |
| | ATT C/Robbery W/Armd |
| Case Number | F7641-81C,D,E |
| Sentence (Yrs., Mos., Days) | 42mos. to 20yrs. ea. conc. |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 08-15-83 |
| Full Term Date (Mo., Da., Yr.) | 06-29-2003 |
| Short Term / M.R. Date (Mo., Da., Yr.) | 12-02-96 |
| Parole Eligibility Date (Mo., Da., Yr.) | 12-30-86 |
| Max. Supervision Date (Mo., Da., Yr.) | 12-31-2002 |
| Statutory Good Time Rate / Month | .1406days |
| Fine | Not Guilty |
| Committing Judge | Reggie Walton |
| Defense Attorney | |
| Initialed By: | Ed NG |

**DETAINERS**

| Date Filed | For | Action |

**CONDUCT CREDITS**

| Date | Credits | Forfeit | Restore | Reasons |

**JAIL CREDIT DATES**

| From and Including | To and Including |
| 6-30-83 | 8-14-83 = 46days |

**REMARKS**

Void Face Sheet dated 11-17-83.
Court amended sentence in F7641-81C,D,E
on 12-18-86 from 4/20yrs. to 42mos.to20yrs.

YELLOW COPY TO ADP

ADR Form 19 DCDC-1-70

**DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
FACE SHEET No. 2**

Date Prepared (Mo. Do. Yr.): 1-18-95

| DCDC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 308-880 | Ceasar, Maurice | B | M |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | | 2-8-60 | DC |

| | |
|---|---|
| Offense | DCPV |
| Case Number | |
| Sentence (Yrs., Mos., Days) | Unex 3,248 Days |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 9-6-95 |
| Full Term Date (Mo., Da., Yr.) | 3-19-2006 |
| Short Term / M.R. Date (Mo., Da., Yr.) | 10-2-2002 |
| Parole Eligibility Date (Mo., Da., Yr.) | PV |
| Max. Supervision Date (Mo., Da., Yr.) | N/A |
| Statutory Good Time Rate / Month | 1264 Days |
| Misc | |
| Committing Judge | |
| Defense Attorney | |
| Initialed By: | [signature] |

**DETAINERS**

| Date Filed | For | Action |
|---|---|---|
| | | |

**CONDUCT CREDITS**

| Date | Credit | Forfeit | Restore | Balance |
|---|---|---|---|---|
| | | | | |

**JAIL CREDIT DATES**

| From, and Including | To and Including |
|---|---|
| 5-4-95 - 9-5-95 | |
| 6-16-90 | 12-15-90 = 183 Days |

**REMARKS**

Sent Converted 10 yrs. 2 mo. 14 days

YELLOW COPY TO ADP

DCDC Form 13 (DCDC-7-70)

## DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS
## FACE SHEET No. 2

Date Prepared: 4/8/96 (Mo., Da., Yr.)

| DCDC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 208880 | CEASAR, MAURICE | BLACK | MALE |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| 5'8" | 145 LBS | SLIM | BROWN | BLACK | 35 | 2/8/61 | WASHINGTON, D.C. |

**TOTAL SENTENCE:** 9 YEARS 11 MONTHS 26 DAYS

**Offense:** PAROLE VIOLATOR FOR PV/AWITC ROBBERY W/A

**Case Number:** F-7641-81(C)(D)(E)

**Sentence (Yrs., Mos., Days):** OWES 3650 DAYS ON 20 YEARS.

**Warrant Executed / Sentence Begins (Mo., Da., Yr.):** 4/5/96

**Full Term Date (Mo., Da., Yr.):** 3/30/2006

**Short Term - M.R. Date (Mo., Da., Yr.):** 8-15-2003    08-09-2003

**Parole Eligibility Date (Mo., Da., Yr.):** PAROLE BOARD'S DISCRETION.

**Max. Supervision Date (Mo., Da., Yr.):** N/A

**Statutory Good Time Rate / Month:** 996 DAYS

**Flat:** N/A

**Committing Judge:** N/A

**Defense Attorney:** N/A

**Initialed By:** MEC

### DETAINERS

| Date Filed | For | Action |
|---|---|---|

### CONDUCT CREDITS

| Date | Credit | Forfeit | Restore | Balance |
|---|---|---|---|---|

### JAIL CREDIT DATES

| From and Including | To and Including |
|---|---|
| STREET TIME | |
| 1/24/96 | 3/21/96 = 58 DAYS |

### REMARKS

PV TERM CONVERTED 9 YEARS 11 MONTHS 26 DAYS.

OPEN CASE F-10430-93

YELLOW COPY TO ADP

**DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
FACE SHEET No. 2**

CURRENT FACESHEET

Date Prepared: 7-24-98

| DCDC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 208880 | CEISAR, MAURICE | B | M |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | | 2-8-61 | WASHINGTON, D.C. |

**Offenses:** D.C. PAROLE VIOLATOR

**Case Number:** AWAIT COMMIT ROBBERY

**Sentence (Yrs., Mos., Days):** OWES 3,277 DAYS

**Warrant Executed / Sentence Begins (Mo., Da., Yr.):** 05-23-1998

**Full Term Date (Mo., Da., Yr.):** 05-11-2007

**Short Term / M.R. Date (Mo., Da., Yr.):** 12-31-2004

**Parole Eligibility Date (Mo., Da., Yr.):** PAROLE VIOLATOR

**Mand. Supervision Date (Mo., Da., Yr.):** N/A

**Statutory Good Time Rate / Month:** 861 DAYS

**Noted By:** JC

**DETAINERS**

| Date Filed | For | Action |
|---|---|---|

**CONDUCT CREDITS**

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|

**JAIL CREDIT DATES**

| From and Including | To and Including |
|---|---|

**REMARKS:**
PURSUANT TO U.S. PAROLE VS NOBLE

PAROLE VIOLATOR TERM CONVERTED = 8 YRS 11 MOS. 19 DAYS

Male reviewed intake 10-7-98 [sig]
Walker Cleared 10-8-98 [sig]

YELLOW COPY TO ADP

DC Form # DCDC-  

**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**FACE SHEET No. 2**

Date Prepared: 5-3-99

| DCDC Number | Name (Last, First, Middle) | | | | | Race | Sex |
|---|---|---|---|---|---|---|---|
| 208880 | CEASAR, MAURICE | | | | | B | M |
| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
| | | | | | | 2-8-61 | DC |

| Offense | DCFV AWIT COMMIT ROBBERY | ESCAPE |
|---|---|---|
| Case Number | | F-8487-98 B |
| Sentence (Yrs., Mos., Days) | OWES 3,277 DAYS | 5/15 MOS CONS |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 5-23-1998 | 4-30-1999 |
| Full Term Date (Mo., Da., Yr.) | | 9-3-2008 |
| Short Term / M.R. Date (Mo., Da., Yr.) | | 4-26-2006 |
| Parole Eligibility Date (Mo., Da., Yr.) | | 9-29-1999 |
| Supervision Date (Mo., Da., Yr.) | | NA |
| Statutory Good Time Rate / Month | | 861 |
| Plea | | GUILTY |
| Committing Judge | | |
| Defense Attorney | | |
| Prepared By | | VB |

| DETAINERS | | | CONDUCT CREDITS | | | | |
|---|---|---|---|---|---|---|---|
| Date Filed | For | Action | Date | Credits | Forfeit | Restore | Balance |
| | | | | | | | |

| JAIL CREDIT DATES | | REMARKS |
|---|---|---|
| From and Including | To and Including | PV TERM 8 YRS 11 MOS 19 DAYS |
| | | INOPERATIVE ESCAPE TIME: 10-28-98 THRU 11-20-98 = 24 DAYS |
| | | NOBLE COMP. |
| | | VOID FACE SHEET DATED 7-24-98 |

YELLOW COPY TO ADP

**208-880**

## DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS
## FACE SHEET No. 1

DATE PREPARED (Mo. Da. Yr.): 11-21-98

Sin 38   SD: 12/31/04   FID: 5/11/07

DC Number: 208-880
Name (last, first, middle): Ceasar, Maurice
Alias Used: No
Aliases: None
Commitment Date: 11-21-98

Institution: JAIC
Prisoner Type: D.C.
Number of Previous Commitments: 3

Street Name: —
City: Wash
State: DC

Race and Sex: Negro Male
Birth Date: 2-8-60
Age: 38
Birth Place: DC

Marital: Single

Church: None

Read and Write: Yes
Years of School: 13
Occupation: Laborer
Veteran: No

Searched By: Maddox

Height: 5'8
Weight: 120
Eyes: Brown
Hair: Black
Complexion: Med
Build: Med

Driver's License No.: None
License State: None
Social Security No.: 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

Alcohol: Moderate Use
Latest Hourly Wage: $6.00
Detainer: No

CASE NO. | CHARGE | BOND AND FURTHER HEAR. | DISPOSITION AND DATE
--- | --- | --- | ---
 | Escape from Hope Village | | 

---

Intake Date: 11/21/1998
DCDC: 208-880
Last Name: CEASAR
First Name: MAURICE
DOB: 02/08/60
Gender: MALE
Race: BLACK
Charge 1: ESCAPE FROM H/V
Language: ENGLISH SPEAKING
Inmate Address: 2110 1 ST NE
City: WASHINGTON
State: DC

FOR INSTITUTIONAL RECORD

## MAURICE CEASAR FED # 09747-007
## TIME SPENT INCARCERATED
## ALL CASES UNDER DC SUPERIOR COURT

| YEAR | CASE | | TIME IN JAIL OR PRISON |
|---|---|---|---|
| 1983-1987 | F7641-81 | (42 Months) | 1,227 Days |
| 1988 | F7262-88 | 0 Time | 0 Days |
| 1991-1995 | F3113-93 | | |
| | F1636-90 | | |
| | F10420-93 | | 1,095 Days |

(This time was served by Mr. Ceasar but he was identified as Maurice Dawson)

| | | | |
|---|---|---|---|
| 1995-1998 | CMD 9760-95 | | |
| | CMD 6639-98 | (3Yrs 4 Mos.) | 1,248 Days |
| 5/1998-10/1998 | CMD6639 | | 122 Days |
| 11/21/1998-2001 | F8487-98 | | 1,001 Days |
| 1/16/02-11/10/03 | F00341-02 | | 635 Days |
| 8/9/04-11/11/05 | F8334-04 | (Case Dismissed) | 504 Days |
| 2006 | 6F3-9216-06 | | |
| | 6F3-9217-06 | | 619 Days |
| **Total Days Incarceration** | | | **6,451 Days** |

## TIME SPENT IN SOCIETY on Parole:

| | | |
|---|---|---|
| 1987-1993 | (5 Years 9 Mos. | 2,085 Days |
| 1988 | | 0 Days |
| 1995 | | 30 Days |
| 1998 | | 30 Days |
| 10/98-11/21/98 | (Inoperate Time) | 32 Days (not added) |
| 8/24/01 - 1/16/02 | (4 Mos. 22 Days | 134 Days |
| 11/10/03-8/9/04 | | 270 Days |
| 11/11/05-5/9/06 | (Inoperate Time) | 186 Days (not added) |

Total Days on Parole = 2,519 Days

DEC