UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE CEASAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1191 (PLF) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Clerk of Court shall docket plaintiff's "Response to Defendant[']s December 18, 2007 Motion[;] Motion to Show that Case No:4:07-cv-01646-JEJ Has Been Withdrawn December 3, 2007[] Due To Already Filed Inclusive Claim – At Hand Or In My Continued Civil Rights USC 28 § 1331/Bivens/1983 Complaint" as plaintiff's opposition to defendant's motion to dismiss; it is further

ORDERED that plaintiff's motions to continue [Dkt. #19] and to stay [Dkt. #21] are DENIED, and that his motion to reply [Dkt. #28] is GRANTED; it is further

ORDERED that defendant's motion to dismiss [Dkt. #27] is GRANTED; and it is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 28, 2008