LET THIS BE FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
CIVIL ACTION DIVISION

4/11/08

MAURICE CEASAR #09747-007
USP CANAAN C2-UNIT
P.O. BOX 300
WAYMART , PA 18472
        PLAINTIFF

RULE 59/ RULE 15 U.S.C.
DOCKET NO. CV-1191-07 (PLF)

VS.

FEDERAL BUREAU OF PRISONS
        et al
        DEFENDANTS

PLAINTIFF'S MOTION SEEKING TO ALTER
OR AMEND JUDGMENT

        Comes now I, Plaintiff MAURICE CEASAR in respect and
Pursuant to Rule 59 of the Federal Rules of Civil Procedure and seek's
to Alter or Amend this Honorable Court's Judgment Dismissing without Prejudice
I, Maurice Ceasar's Civil Rights Complaint and lawsiut. In support of this
Motion I the Plaintiff Alleges the following: may construe under Rule 60 B see next pages of this motion.

**RECEIVED**

FEB 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
CIVIL ACTION DIVISION

MAURICE CEASAR # 09747-007
          PLAINTIFF

VS.

FEDERAL BUREAU OF PRISONS

          et al

          DEFENDANTS

AMEND 1983-42- U.S.C.
DOCKET NO. CV-1191-007(PLF)

MOTION RULE 15 / § 151. Color of Law
AMEND - 1983 - 42 U.S.C./DOCKET NO.
CASE: CV-1191-07    (PLF)

Amending U.S.C.42-1983 Civil Rights for the Judgment for Failure to state a Relief of Claim or Failure to state a Claim Order of the court in lieu of Honorable Judge Paul L. Friedman order on February 4, 2008.

State of Claim:

The Federal Bureau of Prisons, Designation Sentence Computation Center-Operation Manager Augustus Faller, et al has violated my 14th Amendment Rights of Equal Protection Due Process of; (also) my 5th and 8th Amendments in lieu of deprivation of Federal Rights under Color of State Law;

(1)

Due Process of Law an 5th Amendment Right of Action; and of Process. Defendants acting in duty capacity of the Law, showing violation under the "Color of State Law".

### CERTIFCATE OF SERVICE

I, Maurice Ceasar, hereby certify that a true copy and correct copy of the foregoing was placed in P.O.BOX 300 at U.S.P. Canaan / caa WayMart, pa 18472 and mailed via First Class Postage to the following;

RE: CLERK OF COURT OFFICE
    U.S. DISTRICT COURT FOR THE
    DISTRICT OF COLUMBIA
ATTN: HONORABLE JUDGE PAUL L. FRIEDMAN
    333 Constitution Avenue, N.W.
    Washington, D.C. 20001

RESPECTFULLY SUBMITTED

M. Ceaser
Maurice Ceasar#09747-007

(2)