RE: PRAECIPE LETTER:

2/28/08          C/o Change of Address to put in Computer:

                        IN REFERENCE ____ CV-1191-07 PLF

____ Of Maurice Ceasar v. Paul Rosstead / AND OTHER CASE:

____ DEAR Honorable Court AND Direct Court Clerk MRS. L. Scott

        I, am making you AWARE that just 2 WEEKS Ago
I have moved HERE to: U.S.P. CANAAN
P.O - Box 300          (C2 unit)
WAYMART, PENNSYIVANIA 18472

MAY you make Note of this NEW ADDRESS
From the other Address.

And SEND ME ANY RESPONSES I may NEED:
                        RESpectfully yours

Thank you!
                        Maurice Ceasar

P.S. DiD you RECIEVED A §151. under the Color of State Law
Rule 59 motion I filED RECENTly FROM HERE!
PLEASE MAY you LET ME KNOW By mail!

RECEIVED

MAR - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MAR 3 - 2008